UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 10135 NMG** |
| ) | |
| v. ) | CRIM NO. |
| ) | |
| MICHAEL VACCARO ) | VIOLATION: |
| ) | 18 U.S.C. § 844(i)(Arson) |
| ) | 26 U.S.C. § 5861(d) |
| ) | (Possession of an Unregistered |
| ) | Firearm) |

### INDICTMENT

<u>COUNT ONE</u>:     (18 U.S.C. § 844(i) - Arson)

The Grand Jury charges that:

On or about October 1, 2004, at Lowell, in the District of Massachusetts,

MICHAEL VACCARO,

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and personal property used in interstate commerce and in activities affecting interstate commerce, to wit: a two-story apartment building located at 47-49 Chapel Street, Lowell, Massachusetts.

All in violation of Title 18, United States Code, Section 844(i).

**COUNT TWO**:    26 U.S.C. § 5861(d) - **Possession of an Unregistered Firearm**

The Grand Jury further charges that:

On or about October 1, 2004, in Lowell, in the District of Massachusetts,

**MICHAEL VACCARO,**

defendant herein, did knowingly receive and possess a firearm, to wit: a destructive device, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL

_/s/ Anne E. Burke_
Foreperson of the Grand Jury

_/s/ William H. Connolly_
William H. Connolly
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: June 1, 2005.

Returned into the District Court by the Grand Jurors and filed.

_/s/ Maure Sen_
Deputy Clerk

1:30
(US) 6/1/05

2

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                    05 CR 10135 NMG                                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency**  ATF

**City**  Lowell          **Related Case Information:**

**County**  Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant  X  _____   New Defendant _____
Magistrate Judge Case Number   05-00819-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Michael Vaccaro          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   15 Old Carriage Path, Groton, MA

Birth date: 1956   SS#: *** ** 2926   Sex: M   Race: W   Nationality: U.S.A.

Defense Counsel if known:   Brad Bailey, Denner & O'Malley   Address: Four Longfellow Place, 35th Floor, Boston, MA 02114

Bar Number: _____

**U.S. Attorney Information:**

AUSA  William H. Connolly          Bar Number if applicable  634501

Interpreter:   ☐ Yes   ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  Magistrate Judge Bowler  on  May 6, 2005

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  6/1/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse       **05 CR 1 0 1 3 5 NMG**

**District Court Case Number** (To be filled in by deputy   _____

**Name of Defendant**    Michael Vaccaro

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 844(i) | Arson | 1 |
| Set 2 | 26 U.S.C. 5861(d) | Possession of Unregistered Firearm | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**District Court Case Number** (To be filled in by deputy        `05CR10135NMG`

**Name of Defendant**        Michael Vaccaro

JS 45.wpd - 3/13/02