UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MICHAEL VACCARO,<br><br>   Defendant. | CRIMINAL NO. 05-10135-NMG |

NOTICE OF WITHDRAWAL OF APPEARANCE

I, Roberto M. Braceras, hereby withdraw my appearance as counsel of record for defendant, Michael Vaccaro, in the above-captioned matter.

Respectfully submitted,

MICHAEL VACCARO

By his attorney,

 /s/ Roberto M. Braceras
Roberto M. Braceras (BBO #566816)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: June 7, 2005

LIBA/1555128.1