UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>MICHAEL VACCARO   )<br>) | No. 05-CR-10135-NGM |

## MOTION TO PERMIT TRAVEL

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to enter an order permitting him to travel to Groton, Connecticut for a one-week family vacation. As a condition of bail, the court has restricted the defendant from traveling outside the Commonwealth of Massachusetts. The defendant, however, only seeks to travel to a neighboring New England state for a brief period of time.

The defendant proposes to travel to Connecticut from Sunday, August 14, 2005 through Saturday, August 20, 2005. During the one-week period, the defendant will reside with his family at the Quality Inn, 404 Bridge Street, Groton, Connecticut. The telephone number at the Quality Inn is (860) 445-8141. If the court requires, the defendant will maintain telephone contact with the pretrial services office in Boston during the week of August 14th as directed by probation.

      WHEREFORE, the defendant asks the court to grant his motion and permit him to travel to the State of Connecticut for one week.

Dated: July 18, 2005

Respectfully submitted,
MICHAEL VACCARO
By his attorneys,

/s/ Brad Bailey
_____
R. Bradford Bailey, Esq. BBO#549749
Jeffrey A. Denner, BBO #120520
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800