```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Case No. 05-10135-NMG |
| ) | |
| MICHAEL VACCARO         ) | |

### JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The parties hereby move, pursuant to 18 U.S.C. §3161(h)(8)(A), to exclude the period of time commencing on July 19, 2005, and ending on September 9, 2005.  The parties agree that requested extension would allow the parties additional time to respond to discovery requests and contemplate the filing of discovery motions.

WHEREFORE, both parties respectfully request, under 18 U.S.C. §3161(h)(8)(A), that this Court find, based on the above, that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

| | |
|---|---|
| MICHAEL VACCARO | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| /s/ Brad Bailey (WHC) | /s/ William H. Connolly |
| BRAD BAILEY, Esq. | WILLIAM H. CONNOLLY |
| | Assistant U.S. Attorney |

July 20, 2005

February 10, 2003