**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>MICHAEL VACCARO                 )<br>) | No. 05-CR-10135-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Gary G. Pelletier as an attorney of record for the defendant, Michael Vaccaro.

Dated: August 24, 2005

Respectfully submitted,
MICHAEL VACCARO
By his attorneys,

/s/ Gary G. Pelletier
_____
R. Bradford Bailey, Esq. BBO#549749
Jeffrey A. Denner, BBO #120520
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800