UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | ) ) | |
| v. | ) | No. 05-CR-10135-NMG |
| **MICHAEL VACCARO** | ) ) ) | |

## ASSENTED TO MOTION TO MODIFY TRAVEL RESTRICTIONS

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to enter an order modifying his release restrictions to allow him to travel to the State of New Hampshire. As a condition of bail, the court currently has restricted the defendant from traveling outside the Commonwealth of Massachusetts. The defendant, however, only seeks to amend his restrictions to permit him to travel to a neighboring New England state.

The defendant needs to travel to New Hampshire primarily for business purposes. Specifically, the defendant has three Massachusetts condominium development projects involving an architect based in Nashua, New Hampshire. The condominium projects require continuing review of drawings and architectural plans at the architect's headquarters in Nashua. The architect cannot fax or easily transport his architectural models. Hence, successful completion of the condominium projects necessitates personal meetings between the defendant and his architect in New Hampshire.

Failure to allow this motion may jeopardize the defendant's business interests. The defendant poses no risk of flight or danger to the people of the State of New Hampshire, and the government suffers no prejudice if the court allows this motion. **Moreover, the government specifically assents to this motion.**

WHEREFORE, the defendant asks the court to grant his motion and modify his release conditions to allow him to travel to the State of New Hampshire.

Dated: August 24, 2005

Respectfully submitted,
MICHAEL VACCARO
By his attorneys,

/s/ Brad Bailey

_____
R. Bradford Bailey, Esq. BBO#549749
Jeffrey A. Denner, BBO #120520
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800