UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                )
UNITED STATES OF AMERICA        )
                                )
v.                              )    Criminal No. 05-10135-NMG
                                )
MICHAEL VACCARO                 )
                                )
```

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

     The government, with the assent of the defendant, respectfully requests a continuance of the Further Status Conference, currently scheduled for September 9, 2005, to September 23, 2005, at 10:00 a.m.  As grounds for this motion, the government states that the case has recently been reassigned to a different prosecutor.  The government requests this continuance to provide the newly assigned AUSA additional time to review the case and respond to the defendant's request for additional discovery.

     In addition, for the above-stated reasons, the parties respectfully request that the time commencing on September 9, 2005 and concluding on September 23, 2005 be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).


Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney,
By:


/s/ William H. Connolly
WILLIAM H. CONNOLLY

Respectfully submitted,

DATE:    July 12, 2005