UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 05-CR-10135-NMG |
| ) | |
| MICHAEL VACCARO ) | |

**ASSENTED TO MOTION TO MODIFY CONDITIONS OF RELEASE**

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to enter an order modifying his release restrictions to allow him to travel to Lowell General Hospital in Lowell, Massachusetts in order to visit his mother. As a condition of bail, the court currently has restricted the defendant from traveling within the limits of the City of Lowell. The defendant, however, only seeks to amend his restrictions to permit him to travel to Lowell for the specific purpose of visiting with his mother at Lowell General Hospital.

Last week, the defendant's 79-year-old mother fell ill and ambulances rushed her to Lowell General Hospital. Physicians at Lowell General Hospital diagnosed the defendant's mother as suffering from pneumonia. Although the hospital has released the defendant's mother as a patient, she may need to return to Lowell General Hospital in the future if her condition does not improve. The defendant seeks permission to visit her at the hospital.

The defendant notes that Lowell General Hospital sits on the border of Lowell near Chelmsford. The defendant, therefore, will not travel far within the boundaries of Lowell when

he visits his mother.  The defendant will agree to restrict his travel within Lowell to Lowell General Hospital for the purposes of visiting with his mother.

The government will suffer no prejudice if the court allows this motion.  **Moreover, the government specifically assents to this motion.**  The defendant, however, could suffer prejudice if he is unable to visit and care for his mother.

WHEREFORE, the defendant asks the court to grant his motion and modify his release conditions to allow him to travel to Lowell General Hospital.

Dated:  September 28, 2005

Respectfully submitted,
MICHAEL VACCARO
By his attorneys,

/s/ Brad Bailey
_____
R. Bradford Bailey, Esq. BBO#549749
Jeffrey A. Denner, BBO #120520
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800