UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 05-CR-10135-NMG |
| MICHAEL VACCARO | ) ) ) | |

### ASSENTED TO MOTION TO MODIFY TRAVEL RESTRICTIONS

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to enter an order modifying his release restrictions to allow him to travel to the State of Maine on September 30, 2005. As a condition of bail, the court currently has restricted the defendant from traveling outside the Commonwealth of Massachusetts. The defendant, however, only seeks to amend his restrictions to permit him to travel for one day to another New England state.

The defendant needs to travel to Portland, Maine for business purposes. Specifically, the defendant has a condominium development project requiring an on-site inspection in Portland, Maine. Successful completion of the condominium project necessitates a personal meeting between the defendant and his business associates in Maine.

Failure to allow this motion may jeopardize the defendant's business interests. The defendant poses no risk of flight or danger to the people of the State of Maine, and the

government suffers no prejudice if the court allows this motion.  **Moreover, the government specifically assents to this motion.**

WHEREFORE, the defendant asks the court to grant his motion and modify his release conditions to allow him to travel to the State of Maine on September 30, 2005.


Dated:  September 28, 2005                                 Respectfully submitted,
                                                            MICHAEL VACCARO
                                                            By his attorneys,

                                                            /s/ Brad Bailey
                                                            _____
                                                            R. Bradford Bailey, Esq. BBO#549749
                                                            Jeffrey A. Denner, BBO #120520
                                                            Gary G. Pelletier, BBO#631732
                                                            DENNER O'MALLEY, LLP
                                                            Four Longfellow Place, 35th Floor
                                                            Boston, MA  02114
                                                            (617) 227-2800