```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL VACCARO | ) | CR. NO. 05-10135-NMG |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance for the United States in the above captioned matter.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney

                  BY:    /s/ Donald L. Cabell
                         Donald L. Cabell
                         Assistant U.S. Attorney
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3105
```