UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL VACCARO ) | CR. NO. 05-10135-NMG |
| ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding the time period from the parties' status conference on September 23, 2005 to the next scheduled status conference on October 21, 2005.

    Respectfully submitted,
    MICHAEL J. SULLIVAN
    United States Attorney

BY:  /s/ Donald L. Cabell
     Donald L. Cabell
     Assistant U.S. Attorney
     One Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3105