```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )
MICHAEL VACCARO             )      CR. NO. 05-10135-NMG
                            )
```

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding the time period from the parties' status conference on October 21, 2005 to the parties' scheduled status conference on December 6, 2005.

```
                            Respectfully submitted,
                            MICHAEL J. SULLIVAN
                            United States Attorney

                       BY:  /s/ Donald L. Cabell
                            Donald L. Cabell
                            Assistant U.S. Attorney
                            One Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3105
```