December 5, 2005

**MAILED ELECTRONICALLY
AND BY FIRST CLASS MAIL**

Donald L. Cabell
Assistant United States Attorney
District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

*Re:*   <u>United States v. Michael Vaccaro</u>
            Cr. No. 05-10135-NGM

Dear Mr. Cabell:

      Per our personal conversation on November 22, 2005, I am writing with regard to the status of discovery in the above-referenced case.

      Since receiving your written response to our original discovery letter dated July 11, 2005, our office has further received from you criminal records for Antonio Defrietas, Mark Mascaro, Thomas Mascaro, Anissa Willette, John Sousa and David Daigle.  We also received from you copies of crime scene photographs pertaining to 47-49 Chapel Street, along with a CD containing the same.

      We have <u>not</u> yet received from you:

1. a list of all exhibits, records, documents, and tangible evidence the Government intends to introduce at trial in it case-in-chief;
2. copies of all laboratory reports and laboratory analyses conducted in this case by BATF, MSP, and any other law enforcement agents or personnel involved with the investigation;[1]

---

[1] This request is not limited to reports and/or analyses pertaining to tests conducted at either the State Police Crime Laboratory (as is referenced in the June 1, 2005 Grand Jury Testimony of Special Agent Balos) or at any BATF or FBI facility regarding the nature and/or classification of the suspect device, but also includes reports regarding any other tests, comparisons, and analysis (e.g.  latent print analyses,

3. immediate disclosure of the names and professional affiliation of all expert witnesses the Government intends to call at trial, as the Court previously directed the Government to provide on, or before, November 22, 2005;
4. a written summary of each such expert witness' anticipated expert testimony; and
5. a signed copy of the indictment returned by the United States Grand Jury in this case.

Please understand that the defendant continues to reserve his rights to seek additional discovery in this matter responsive to your anticipated production of the documents, material, and/or statements referenced above.

Sincerely,

/s/ Brad Bailey
Brad Bailey


BB/cam
cc:   The Honorable Marianne B. Bowler

---

signature comparisons, etc.) conducted by any entity, at the Government's direction, regardless of whether the results of the same were positive or negative.