UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            v.                    )
                                  )
MICHAEL VACCARO                   )      CR. NO. 05-10135-NMG
                                  )


**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding the time period from the parties' status conference on February 8, 2006 to the parties' next scheduled status conference on March 21, 2006.


                        Respectfully submitted,
                        MICHAEL J. SULLIVAN
                        United States Attorney


                  BY:   /s/ Donald L. Cabell
                        Donald L. Cabell
                        Assistant U.S. Attorney
                        One Courthouse Way, Suite 9200
                        Boston, MA 02210
                        (617) 748-3105