UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>MICHAEL VACCARO         )<br>) | No. 05-CR-10135-NMG |

## ASSENTED TO MOTION TO ENLARGE TIME FOR FILING DISPOSITIVE AND EVIDENTIARY MOTIONS

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to enter an order extending his time for filing dispositive and evidentiary motions in this matter from March 20, 2006 to April 10, 2006. As the basis for this motion, undersigned counsel represents that his mother-in-law passed away unexpectedly late last week. The sudden passing has required that undersigned counsel travel to Virginia to attend a memorial service and focus on the needs of family members. Consequently, undersigned counsel is unable to spend the time needed to address the motions in this case. Due to the circumstances, undersigned counsel needs additional time.

The government will suffer no prejudice if the court allows this motion. **Moreover, the government specifically assents to this motion.** The defendant, however, could suffer prejudice if the court does not allow this motion.

WHEREFORE, the defendant asks the court to grant this motion and extend his dispositive and evidentiary motion due date to April 10, 2006.

Dated:  March 13, 2006                    Respectfully submitted,
                                          MICHAEL VACCARO
                                          By his attorney,

                                          /s/ Brad Bailey
                                          _____
                                          R. Bradford Bailey, Esq. BBO#549749
                                          DENNER ASSOCIATES, P.C.
                                          Four Longfellow Place, 35th Floor
                                          Boston, MA  02114
                                          (617) 227-2800