```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL VACCARO | ) | CR. NO. 05-10135-NMG |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding the time period from the parties' status conference on March 21, 2006 to the parties' next scheduled status conference on April 10, 2006.

```
                          Respectfully submitted,
                          MICHAEL J. SULLIVAN
                          United States Attorney

                     BY:  /s/ Donald L. Cabell
                          Donald L. Cabell
                          Assistant U.S. Attorney
                          One Courthouse Way, Suite 9200
                          Boston, MA 02210
                          (617) 748-3105
```