**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **MICHAEL VACCARO** ) <br> ) | **No. 05-CR-10135-NMG** |

**MOTION TO SUPPRESS IDENTIFICATION EVIDENCE**

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court pursuant to the Due Process Clause of the Fifth Amendment to the United States Constitution to enter an order suppressing the results of a photo array identification procedure conducted on October 14, 2004 and October 22, 2004. The defendant maintains that the government failed to employ sufficient safeguards to ensure a non-suggestive and reliable procedure. The government's failure constitutes a violation of the defendant's due process rights. In support of his motion, the defendant relies upon the accompanying memorandum of law.

WHEREFORE, the defendant asks the court to grant his motion and suppress the evidence resulting from the illicit identification process.

| | |
|---|---|
| Dated:  April 10 2006 | Respectfully submitted,<br>MICHAEL VACCARO<br>By his attorneys,<br><br>/s/ Brad Bailey<br>_____<br>R. Bradford Bailey, BBO#549749<br>Gary G. Pelletier, BBO#631732<br>DENNER ASSOCIATES, P.C.<br>Four Longfellow Place, 35th Floor<br>Boston, MA  02114<br>(617) 227-2800 |