UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>MICHAEL VACCARO   )<br>) | No. 05-CR-10135-NMG |

## MOTION TO DISMISS INDICTMENT

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court pursuant to the Fifth Amendment to the United States Constitution to enter an order dismissing the indictment in this case. The defendant maintains that the government's decision to place witnesses before the grand jury who ingested heroin a few hours prior to their testimony fatally prejudices the indictment process and constitutes a violation of fundamental fairness. In support of his motion, the defendant relies upon the accompanying memorandum of law.

WHEREFORE, the defendant asks the court to grant his motion and dismiss the instant indictment without prejudice.

Dated: April 10 2006

Respectfully submitted,
MICHAEL VACCARO
By his attorneys,

/s/ Brad Bailey

R. Bradford Bailey, BBO#549749
Gary G. Pelletier, BBO#631732
DENNER ASSOCIATES, P.C.
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800