# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 05-CR-10135-NMG |
| ) | |
| MICHAEL VACCARO   ) | |

## MOTION TO SUPPRESS STATEMENTS

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court pursuant to the Fifth and Sixth Amendments to the United States Constitution to enter an order suppressing statements obtained by government agents in flagrant disregard of his right to counsel. The defendant maintains that in questioning him after his counsel communicated with them, the government agents committed egregious misconduct warranting suppression in accordance with the purpose of the exclusionary rule. In support of his motion, the defendant relies upon the accompanying memorandum of law.

WHEREFORE, the defendant asks the court to grant his motion and suppress the statements derived from the illicit interrogation.

Dated: April 10 2006

Respectfully submitted,
MICHAEL VACCARO
By his attorneys,

/s/ Brad Bailey

R. Bradford Bailey, BBO#549749
Gary G. Pelletier, BBO#631732
DENNER ASSOCIATES, P.C.
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800