**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **No. 05-CR-10135-NMG** |
| ) | |
| **MICHAEL VACCARO** ) | |
| ) | |

**ASSENTED TO MOTION TO MODIFY TRAVEL RESTRICTIONS**

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to enter an order modifying his release restrictions to allow him to travel to approximately 12 miles outside the United States border as part of a deep sea fishing trip. As a condition of bail, the court currently has restricted the defendant from traveling outside the Commonwealth of Massachusetts. The defendant, however, seeks to amend his restrictions to permit him to travel for one day on a fishing trip as a present to his son.

The defendant seeks to board a boat that will travel into the Atlantic Ocean for a deep sea fishing excursion on Wednesday, **April 19, 2006**. The boat will leave port tomorrow from Hampton Beach, New Hampshire and return to port on the same day. The government suffers no prejudice if the court allows this motion. **In fact, the government specifically assents to this motion.**

WHEREFORE, the defendant asks the court to grant his motion and modify his release conditions to allow him to travel with his son tomorrow on the deep sea fishing excursion.

Dated:  April 18, 2006

Respectfully submitted,
MICHAEL VACCARO
By his attorneys,

/s/ Gary G. Pelletier

_____

R. Bradford Bailey, Esq. BBO#549749
Jeffrey A. Denner, BBO #120520
Gary G. Pelletier, BBO#631732
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800