```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )
                            )
MICHAEL VACCARO             )    CR. NO. 05-10135-NMG
                            )
```

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE CONFERENCE**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the final status conference in this matter until on or about May 16, 2006. The government also moves with the defendant's assent that the Court grant the government until then to respond to the defendant's pretrial motions. In support of the requests contained herein, the undersigned is presently on trial and begins another trial on May 8, 2006, and defense counsel begins trial on May 1, 2006.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney

                    BY:  /s/ Donald L. Cabell
                         Donald L. Cabell
                         Assistant U.S. Attorney
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3105
```