```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              )
MICHAEL VACCARO               )    CR. NO. 05-10135-NMG
                              )
```

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding the time period from April 10, 2006 to the scheduled status conference on May 16, 2006.

```
                         Respectfully submitted,
                         MICHAEL J. SULLIVAN
                         United States Attorney

                    BY:  /s/ Donald L. Cabell
                         Donald L. Cabell
                         Assistant U.S. Attorney
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3105
```