```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )    CR. NO. 05-10135-NMG
MICHAEL VACCARO             )
                            )
```

**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(C)**

The United States submits this memorandum pursuant to Local Rule 116.5(c), regarding the status of the case. The undersigned AUSA was unable to speak to counsel for defendant Michael Vaccaro prior to submitting the memorandum, but believes the following assertions are not in dispute:

(1) There are no discovery issues to be presented to or resolved by the Court.

(2) The government does not presently anticipate providing additional discovery.

(3) Neither defendant intends to raise a defense of insanity or public authority.

(4) The government has not requested notice of an alibi by the defendants.

(5-6) The defendant has filed three dispositive or substantive motions, including (1) a motion to suppress evidence of statements, (2) a motion to dismiss the indictment, and (3) a motion to suppress witness identifications. The government's responses were due on May 16, 2006. On May 15, 2006, the government responded to two of the motions, but is still in the process of drafting its

response to the motion to suppress statements. The government respectfully seeks until the close of business on Monday, May 22, 2006, to submit its response to that motion.

(7) The parties have discussed the possibility of an early resolution of the case without trial but as yet have reached no agreement. Although such discussions remain ongoing, the parties presently believe the case will proceed to trial.

(8) The Court has previously excluded all the time from the defendant's arraignment through May 16, 2006.

(9) The parties estimate that the trial will last approximately one week.


MICHAEL VACCARO                                     MICHAEL J. SULLIVAN
By His Attorney                                     United States Attorney

                                            By:

_____                         /s/Donald L. Cabell
R. BRADFORD BAILEY, ESQ.                            DONALD L. CABELL
Denner O'Malley, LLP                                Assistant U.S. Attorney
Four Longfellow Place                               U.S. Courthouse
Suite 3501                                          1 Courthouse Way
Boston, MA 02114                                    Suite 9200
                                                    Boston, MA 02210
                                                    (617) 748-3105