UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10135-NMG

UNITED STATES OF AMERICA

v.

MICHAEL VACCARO

**FINAL STATUS REPORT**

MAY 18, 2006

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the District Judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with arson and possession of an unregistered firearm, was returned on June 1, 2005;

    2.  The defendant was arraigned on the Indictment on June 17, 2005;

    3.  The defendant is not currently in custody;

    4.  At the time of arraignment, the government estimated that it would call up to 15 witnesses and that a trial would last approximately seven days;

    5.  Discovery is complete;

    6.  The defendant has filed dispositive motions and the government's response is due by May 22, 2006;

7.  This case is hereby returned to the District Judge to whom the case is assigned.


                    /s/ Marianne B. Bowler  
                    MARIANNE B. BOWLER  
                    UNITED STATES MAGISTRATE JUDGE