UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                        )<br>)<br>MICHAEL VACCARO    )<br>) | No. 05-CR-10135-NMG |

**ASSENTED TO MOTION TO MODIFY TRAVEL RESTRICTIONS**

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to enter an order modifying his release restrictions to allow him to travel to the State of Maine on either June 2, 2006 or June 5, 2006. As a condition of bail, the Court currently has restricted the defendant from traveling outside the Commonwealth of Massachusetts. The defendant, however, only seeks to amend his restrictions to permit him to travel for one day to another New England state.

The defendant needs to travel to Portland, Maine for business purposes. Specifically, the defendant has a consulting project with the Sisters of Mercy Convent concerning an impending sale of a parcel of waterfront property located at Little Diamond Island in Maine. Successful completion of the sales project necessitates a personal meeting between the defendant and the Sisters of Mercy in Portland, Maine.

Failure to allow this motion may jeopardize the defendant's business interests. The defendant poses no risk of flight or danger to the people of the State of Maine, and the

government suffers no prejudice if the court allows this motion. In fact, the government specifically **assents** to this motion. Moreover, the defendant notes that the Court granted a request nearly identical to this motion that allowed him to travel to Maine on September 30, 2005.

      WHEREFORE, the defendant asks the Court to grant his motion and modify his release conditions to allow him to travel to the State of Maine on either June 2, 2006 or June 5, 2006.


Dated:  June 1, 2006                                  Respectfully submitted,
                                                      MICHAEL VACCARO
                                                      By his attorneys,

                                                      /s/ Gary G. Pelletier
                                                      _____
                                                      R. Bradford Bailey, Esq. BBO#549749
                                                      Jeffrey A. Denner, BBO #120520
                                                      Gary G. Pelletier, BBO#631732
                                                      DENNER ASSOCIATES, P.C.
                                                      Four Longfellow Place, 35th Floor
                                                      Boston, MA  02114
                                                      (617) 227-2800