```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )   CR. NO. 05-10135-NMG
MICHAEL VACCARO             )
                            )

**GOVERNMENT'S ASSENTED-TO MOTION FOR LEAVE TO FILE
OPPOSITION TO DEFENDANT'S MOTION
<u>TO SUPPRESS STATEMENTS</u>**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby seeks leave to file it's opposition to the defendant's motion to suppress statements, originally due on May 22, 2006. In support of the motion, the undersigned recently completed trial in the matter of <u>United States v. Diaz</u>, Cr. 04-10237-NG, but, as a result, needed additional time to complete the opposition. The undersigned spoke to defense counsel following the parties' recent final status conference and the defendant indicated it would assent to a motion for additional time.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                    By:

                            /s/Donald L. Cabell
                            DONALD L. CABELL
                            Assistant U.S. Attorney