UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 05-CR-10135-NGM |
| ) | |
| MICHAEL VACCARO   ) | |

## AFFIDAVIT OF MICHAEL J. VACCARO

1. I am the defendant in the above-referenced case.

2. On or about October 25, 2004, I informed Detective Keefe of the Lowell Police Department that I was represented by Attorney Jeffrey Higgins and told him any future contact (about the investigation) should be through my attorney.

3. Sometime after that, my attorney Jeffrey Higgins sent letters to both the ATF and the Lowell Police Department informing them that he represented me and instructing them not to speak with me.

4. Jeffrey Higgins did not give Detective Keefe and Agent Balos permission to approach me on January 6, 2005, or to speak with me at that time, or at any other time.

5. Although he no longer represents me, at no time during his representation of me did Jeffrey Higgins ever withdraw his instructions to law enforcement personnel about speaking with me without him being present.

6. Any statements obtained from me after both I, and my attorney, Jeffrey Higgins, invoked my Sixth Amendment Right to Counsel were taken in violation of my rights under the Fifth, Sixth and Seventh Amendments.

SIGNED AND SWORN UNDER THE PAIN AND PENALTY OF PERJURY THIS 7th DAY OF JULY, 2006.

/s/ Michael Vaccaro

_____
MICHAEL VACCARO

