**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**


|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 05-CR-10135-NMG** |
| | ) | |
| **MICHAEL VACCARO** | ) | |
| | ) | |


**ASSENTED TO MOTION TO MODIFY TRAVEL RESTRICTIONS**


Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to enter an order modifying his release restrictions to allow him to travel to the State of Maine from August 8, 2006 to August 12, 2006. As a condition of bail, the Court currently has restricted the defendant from traveling outside the Commonwealth of Massachusetts. The defendant, however, only seeks to amend his restrictions to permit him to travel for one day to another New England state.

The defendant needs to travel to Ogunquit, Maine for personal reasons. Specifically, the defendant's wife recently underwent an emergency colonoscopy at Lowell General Hospital. The defendant wishes to take his wife to Meadowmere Resort in Ogunquit, Maine for a brief vacation accompanied by their son in order to aid her recovery.

The defendant poses no risk of flight or danger to the people of the State of Maine, and the government suffers no prejudice if the court allows this motion. In fact, the government specifically **assents** to this motion. Moreover, the defendant notes that the Court has previously

granted multiple requests allowing him to travel to Maine and elsewhere for both business and

personal reasons.

WHEREFORE, the defendant asks the Court to grant his motion and modify his release

conditions to allow him to travel to the State of Maine from August 8, 2006 to August 12, 2006.

Dated:  August 8, 2006

Respectfully submitted,
MICHAEL VACCARO
By his attorneys,

/s/ Brad Bailey
_____
R. Bradford Bailey, Esq. BBO#549749
Jeffrey A. Denner, BBO #120520
Gary G. Pelletier, BBO#631732
DENNER & PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
(617) 227-2800