UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL VACCARO | ) | CR. NO. 05-10135-NMG |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE TRIAL**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the trial in this matter from October 2, 2006 to October 30, 2006. In support of the motion, the undersigned states that ATF S.A. Konstantinos Balos, the principal case agent and also an anticipated trial witness, will be participating in a trial that is beginning the week of September 25th and expected to last a considerable portion of the following week, and thus would be unavailable on October 2, 2006. As noted, the undersigned has spoken with counsel for the defendant and the defendant assents to the government's motion and the proposed trial date of October 30, 2006.

          Respectfully submitted,
          MICHAEL J. SULLIVAN
          United States Attorney

BY:   /s/ Donald L. Cabell
      Donald L. Cabell
      Assistant U.S. Attorney
      One Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3105