UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                         ) | No. 05-CR-10135-NMG |
| ) | |
| MICHAEL VACCARO            ) | |

**MOTION TO MODIFY TRAVEL RESTRICTIONS FOR ONE
DAY FOR BUSINESS PURPOSES**

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to enter an additional order modifying his release restrictions for one day to allow him to travel to the State of Maine on Thursday, August 31, 2006 for business related purposes. As was noted in previous motions, as a condition of bail, the Court has restricted the defendant from traveling outside the Commonwealth of Massachusetts. However, this Court has granted similar motions filed by the defendant in the past, and the defendant has always immediately returned to the District of Massachusetts when required and has, in all respects, otherwise remained in compliance with the Court's directives. Here, the defendant is only seeking to amend his restrictions to permit him to travel for one day to another New England state.

The defendant, who is a real estate developer, needs to travel to Portland, Maine tomorrow (August 31) for business related purposes. Specifically, he needs to be present at the Sister's of Mary Convent in Portland in order to personally execute a Purchase and Sale

Agreement (P&S) to which he is a party by signing the P&S itself, obtaining signatures from the other parties, and providing the requisite payment(s).

The defendant poses no risk of flight or danger to the people of the State of Maine, and the government suffers no prejudice if the Court allows this motion. Also, while the defendant has not been able to obtain the government's assent to this particular motion because the Assistant United States Attorney assigned to this case is away on vacation until September 5, it is noteworthy that the government has assented to all previously filed motions seeking the same, or similar, relief. Moreover, the defendant respectfully reiterates that this Honorable Court has previously granted a number of similar requests allowing him to travel to Maine, and elsewhere, for both business and personal reasons.

WHEREFORE, the defendant asks the court to grant his motion and modify his release conditions for one day to allow him to travel to Portland, in the State of Maine, on August 31, 2006 for business related purposes.

Dated: August 30, 2006

Respectfully submitted,
MICHAEL VACCARO
By his attorneys,

/s/ Brad Bailey
_____
R. Bradford Bailey, Esq. BBO#549749
Jeffrey A. Denner, BBO #120520
Gary G. Pelletier, BBO#631732
DENNER PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800