UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>     )<br>          v.         )<br>     )    CR. NO. 05-10135-NMG<br>MICHAEL VACCARO     )<br>     ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE TRIAL**

    The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves to continue the trial in this matter from October 30, 2006, to another date more amenable to the schedules of the Court and parties. The defendant assents to the motion and agrees that any time encompassed by a continuance is excludable for purposes of the Speedy Trial Act.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                By:

                                              /s/Donald L. Cabell
                                              DONALD L. CABELL
                                              Assistant U.S. Attorney