```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )    CR. NO. 05-10135-NMG
MICHAEL VACCARO             )
                            )
```

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE TRIAL**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves to continue the trial in this matter from December 11, 2006 to another date. In support of the motion, the undersigned is scheduled to begin trial on December 4, 2006 before the honorable Judge Reginald G. Lindsay in the matter of United States v. Michael Goldstein, Cr. No. 05-10328-RCL. Because of the time required to prepare for and conduct that trial, as well as the possibility that the trial may continue into the week of December 11th, the undersigned AUSA respectfully requests that the Court continue trial in the present matter to another date. The government has spoken with the defendant, who has been on pretrial release, through his counsel. The defendant assents to the government's motion and agrees that the time encompassed by any continuance is excludable for purposes of the Speedy Trial Act. Finally, the defendant requests that, if the Court is inclined to allow the motion, that the Court continue the trial to at least mid-January, 2007.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:

                              /s/Donald L. Cabell
                              DONALD L. CABELL
                              Assistant U.S. Attorney
```