UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIM NO. 05-10135-NMG |
| ) | |
| MICHAEL VACCARO ) | VIOLATION: |
| ) | 18 U.S.C. § 844(i)(Arson) |
| ) | 26 U.S.C. § 5861(d) |
| ) | (Possession of an Unregistered |
| ) | Firearm) |
| ) | 18 U.S.C. § 924(c)(1)(A) |
| ) | (Possession of Destructive |
| ) | Device in Furtherance of |
| ) | A Crime of Violence |

### SUPERSEDING INDICTMENT

**COUNT ONE:**   **18 U.S.C. § 844(i) - Arson**

The Grand Jury charges that:

On or about October 1, 2004, at Lowell, in the District of Massachusetts,

MICHAEL VACCARO,

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and personal property used in interstate commerce and in activities affecting interstate commerce, to wit: a two-story apartment building located at 47-49 Chapel Street, Lowell, Massachusetts.

All in violation of Title 18, United States Code, Section 844(i).

<u>COUNT TWO</u>:    26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm

The Grand Jury further charges that:

On or about October 1, 2004, in Lowell, in the District of Massachusetts,

**MICHAEL VACCARO**,

defendant herein, did knowingly receive and possess a firearm, to wit: a destructive device, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

**COUNT THREE:**     18 U.S.C. § 924(c)(1)(A)- Possession of a
                    Destructive Device In Furtherance of a
                    Violent Crime

The Grand Jury further charges that:

On or about October 1, 2004, in Lowell, in the District of Massachusetts,

**MICHAEL VACCARO,**

defendant herein, did knowingly and intentionally carry during and in relation to, and possess in furtherance of, the violent crime charged in Count One, a firearm, to wit, a destructive device commonly known as an improvised explosive device, or IED.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Donald L. Cabell
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: November 29, 2006 at 12:51 pm

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

4

JS 45 (5/97) - (Revised USAO MA 11/15/05)                                    05-CR-10135-NMG

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Lowell    **Category No.** II    **Investigating Agency** ATF

**City** Lowell    **Related Case Information:**

**County** Middlesex    Superseding Ind./ Inf. XXXXX    Case No. 05-10135-NMG
Same Defendant XXX    New Defendant _____
Magistrate Judge Case Number    05-00819-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Michael Vaccaro    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 105 Old Carriage Path, Groton, Mass.

**Birth date (Year only):** 1956    **SSN (last 4 #):** 2926    **Sex** M    **Race:** White    **Nationality:** American

**Defense Counsel if known:** Brad Bailey, Denner & O'Malley    **Address:** 4 Longfellow Place, 35th floor, Boston, MA 02114

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Donald L. Cabell    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Victims:** ☒ Yes  ☐ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☒ No

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by C.M.J. Bowler    on May 6, 2005

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** November 29, 2006    **Signature of AUSA:** _/s/_

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Vaccaro _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. §844(i) | Arson | 1 |
| Set 2   26 U.S.C. §5861(d) | Possession of Unregistered Firearm | 2 |
| Set 3   18 U.S.C. §924(c) | Possession of Firearm during Crime of Violence | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**
ATF