```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
         v.                 )
                            )   CR. NO. 05-10135-NMG
MICHAEL VACCARO             )
                            )

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves to exclude the time from December 11, 2006, to March 5, 2007, the presently scheduled date for the trial in this case. The undersigned has spoken to the defendant through counsel and he assents to the motion.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:

                                      /s/Donald L. Cabell
                                      DONALD L. CABELL
                                      Assistant U.S. Attorney