UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:05-CR-10135-NMG |
| ) | |
| MICHAEL VACCARO, ) | |
| Defendant. ) | |

## MOTION FOR AN ORDER COMPELLING THE PRODUCTION OF RECORDS BY THE LOWELL, MASSACHUSETTS POLICE DEPARTMENT

*NOW COMES THE DEFENDANT*, Michael Vaccaro ("the defendant"), by and through undersigned counsel, and respectfully requests that this Honorable Court issue an order directing the Lowell, Massachusetts Police Department (the "LPD") to produce certain records in its custody and/or control that may aid in the defense of the above-captioned criminal matter. As grounds therefor, the defendant avers and states:

1. This case was originally set for trial on December 11, 2006.

2. On October 6, 2006, counsel issued a subpoena to the LPD requesting various records related to complaints and/or incidents reported to the LPD which occurred in the same vicinity as the incident allegedly perpetrated by the defendant. *See* Exhibit 1.

3. The aforementioned subpoena was duly served upon the LPD on October 10, 2006. *See* Exhibit 2.

4. The case was subsequently continued to March 5, 2007 for trial but the original trial subpoena to the LPD remains in full force and effect.

5. On or about October 18, 2006 the LPD responded to the subpoena by providing a number of records responsive to the subpoena. *See* Exhibit 3.

6. On information and belief, the records produced do not constitute a full and complete response to the subpoena. To wit, one portion of the subpoena requests the production of all computer assisted dispatch calls ("CAD calls") referencing Chapel Street in Lowell, MA (and the surrounding area) for the period of January 1, 2004 to January 1, 2005. CAD call records were produced, but only from August 5, 2004 to January 1, 2005. *See* Exhibits 3 and 4. The other requested records have not been produced.

7. On information and belief, the information sought in counsel's subpoena is within the custody and control of LPD.

8. The information requested in counsel's October 6, 2006 subpoena to LPD is necessary to afford the defendant his due process rights, as such information, inter alia, relates to information expected to be entered into evidence at trial, is essential to the effective examination of witnesses expected to testify in the case, and could establish other key elements of his defense.

9. The type of information requested in the subpoena is routinely released to both the prosecution and defense counsel in the ordinary course of criminal prosecutions.

10. Disclosure of the requested information to counsel will not infringe upon the personal privacy rights of any of parties referenced in such records as the information requested is a matter of public record.

11. It is in the interests of justice to compel the disclosure of the requested information as the burden of producing said information is greatly outweighed by the potential harm to the defendant, who faces a possible mandatory thirty (30) year sentence, if he is convicted at trial.

***WHEREFORE***, the defendant respectfully requests that this Honorable Court issue an order directing the LPD to produce the records requested in counsel's October 6, 2006 subpoena, *forthwith* directly to counsel, or in the alternative, to schedule a hearing on the issue of whether or not the LPD should be held in contempt for its failure to fully comply with the original trial subpoena and/or the subsequent judicial request herein.

Dated: February 8, 2007

Respectfully submitted,
MICHAEL VACCARO,
Defendant,
By his attorneys,

R. Bradford Bailey (BBO#549749)
DENNER PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800

3

**EXHIBIT 1**



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 05-CR-10135-NMG |
| ) | |
| MICHAEL VACCARO ) | |

## SUBPOENA DUCES TECUM

To: Keeper of the Records
Lowell Police Department
JFK Plaza
50 Arcand Drive
Lowell, MA 01852

**GREETINGS:**

**YOU ARE HEREBY COMMANDED**, in the name of the **United States of America** to appear at the offices of Denner Pellegrino, LLP, Four Longfellow Place, 35th Floor, Boston, MA 02114 holden in the County of Suffolk, on October 23, 2006, at 9 o'clock in the forenoon, and to produce on that day the information and documents listed in Schedule A, attached hereto and made a part thereof. This information relates to a criminal matter, United States v. Michael Vaccaro, No. 05-CR-10135 scheduled for trial on October 30, 2006, in the United States District Court for the District of Massachusetts, Boston, MA.

**FURTHERMORE**, you may avoid appearing by faxing the requested materials to (617) 973-1562, and mailing a certified copy thereof to Attorney Brad Bailey, Denner Pellegrino, LLP, Four Longfellow Place, 35th Floor, Boston, MA 02114 within seven (7) days of receipt of this subpoena. If you have any questions at all please feel free to call Attorney Bailey, (617) 227-2800.

10/10 Jack Dollidel - Clerk.

**HEREOF FAIL NOT**, as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated: October 6th, 2006

Respectfully submitted,

Brad Bailey (BBO#549749)
DENNER PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800



## COMMONWEALTH OF MASSACHUSETTS

. Dated: October 6, 2006

A notary shall witness a signature in substantially the following form in notarizing a signature or mark to confirm that it was affixed in the notary's presence without administration of an oath or affirmation:

On this 6 day of October, 2006, before me, the undersigned notary public, personally appeared Brad Bailey, proved to me through satisfactory evidence of identification, which was a driver's license, to be the person whose name is signed on the preceding document in my presence.


Notary Public
My commission expires:

August 11, 2011

## Schedule A

### United States of America v. Michael Vaccaro
### No. 05-CR-10135-NMG

And you are further required to bring with you:

1. Any and all logs and/or reports written or recorded by the Lowell Police Department regarding complaints and/or incidents occurring at 47 Chapel Street in Lowell, MA and/or the immediate vicinity/neighborhood for the period of January 1, 2004 through January 1, 2005.

2. Any and all logs and/or reports produced by the Lowell Police Department in response to computer assisted dispatch (CAD) and/or radio operator dispatch to 47 Chapel Street in Lowell, MA and/or the immediate vicinity/neighborhood for the period of January 1, 2004 through January 1, 2005.

3. Any and all 911 calls, radio calls, and/or turret tape recordings received by, or referred to, the Lowell Police Department referencing 47 Chapel Street in Lowell, MA and/or the immediate vicinity/neighborhood for the period of January 1, 2004 through January 1, 2005.

# EXHIBIT 2

| IN HAND | JACK DOLLIDEL, CLERK | RETURN OF SERVICE (3) | |
|---|---|---|---|
| **RECEIVED BY SERVER** | DATE<br>October 10, 2006 | PLACE<br>Boston, Massachusetts | |
| **SERVED** | DATE<br>October 06, 2006 | PLACE<br>50 ARCAND DRIVE, LOWELL, Massachusetts | |
| **SERVED ON (NAME)**<br>LOWELL POLICE DEPARTMENT | | **FEES TENDERED**<br>☐ YES ☒ NO AMOUNT $ _____<br>☐ Advanced By Attorney | |
| **SERVED BY**<br>JOHN MILANO | | **TITLE**<br>Process Server and a Disinterested Person | |

### STATEMENT OF SERVICE FEES

| SERVICE FEE | | TOTAL |
|---|---|---|
| $ 54.00 | _____ Trips | $ 54.00 |

### DECLARATION OF SERVER (4)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____October 10, 2006_____      _/s/ John Milano_
                Date                              Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(3) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, of Rule 45(c), Federal Rules of Civil Procedure.
(4) "fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)"

| Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733 |
|---|---|---|
| Massachusetts Constables since 1925 | Boston, MA 02109 | Fax #     (617) 720-5737 |

# EXHIBIT 3



# LOWELL POLICE DEPARTMENT

### 50 ARCAND DRIVE
### LOWELL, MASSACHUSETTS 01852-1096

Edward F. Davis III
Superintendent

Telephone (978) 937-3225
FAX (978) 970-0455

+

Affidavit Of Person In Custody Of Public Records
Pursuant To Gen. Laws Ch. 233, Sec. 79J

I hereby certify under the pains and penalties of perjury that I am the person in custody of the police records of the Lowell Police Department, Lowell, Massachusetts and that the attached hereto is a true and complete record of the Police Department of the City Of Lowell as it pertains to: UNITED STATES OF AMERICA V. MICHAEL VACCARO NO.05-CR-10135-NMG

Date: October 18, 2006

Respectfully,

Arthur Frechette
Head Clerk
Records Section

JACQUELINE C. COOK 10/18/06
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 15, 2013







**CAD System - Search Events**

Program  Record  Options  Help

| Event No. | Date | Time | Call Type | Jur | Location | Case No. |
|---|---|---|---|---|---|---|
| P/00062743 | 09/27/2004 | 10:58 | MEDICAL OTHER | LW | CHAPEL ST / CHARLES ST | |
| P/00063213 | 09/29/2004 | 11:24 | SUICIDE THREATS ONLY | LW | 48 CHAPEL ST | |
| P/00063243 | 09/29/2004 | 13:00 | 911 HANG UP | LW | 108 CHAPEL ST (FLR 2) | |
| P/00063247 | 09/29/2004 | 13:07 | 911 MISDIAL | LW | 108 CHAPEL ST (FLR 2) | |
| P/00063662 | 10/01/2004 | 10:27 | CHECK WELFARE OF PE... | LW | 50 CHAPEL ST | |
| P/00063689 | 10/01/2004 | 12:48 | MEDICAL SUICIDAL PER... | LW | 50 CHAPEL ST | 00018658 |
| P/00063819 | 10/01/2004 | 22:36 | FIRE 1ST ALARM | LW | 48 CHAPEL ST | |
| P/00063820 | 10/01/2004 | 22:36 | FIRE 1ST ALARM | LW | 49 CHAPEL ST | 00018713 |
| P/00063821 | 10/01/2004 | 22:37 | FIRE 1ST ALARM | LW | 76 CHAPEL ST | |
| P/00063822 | 10/01/2004 | 22:37 | FIRE 1ST ALARM | LW | 53 CHAPEL ST | |
| P/00064895 | 10/06/2004 | 09:12 | SERVE RESTAINING OR... | LW | 22 CHAPEL ST | |
| P/00065046 | 10/07/2004 | 19:47 | WARRANT CHECK | LW | CHAPEL ST / ELM ST | |
| P/00065205 | 10/08/2004 | 16:35 | MEDICAL PERSON DOWN | LW | 40 CHAPEL ST (APT A) | |
| P/00065545 | 10/10/2004 | 02:30 | DISTURBING NEIGHBOR | LW | 171 CHAPEL ST (1ST FL) | |
| P/00065902 | 10/12/2004 | 00:07 | DOMESTIC ABUSE PAST | LW | 48 CHAPEL ST (1ST FL) | |
| P/00066079 | 10/13/2004 | 01:16 | DISTURBANCE GENERAL | LW | CHAPEL ST / UNION ST | 00019395 |
| P/00066224 | 10/13/2004 | 18:08 | 911 HANG UP | LW | 80 CHAPEL ST (FLR 1) | |
| P/00066671 | 10/15/2004 | 18:04 | SERVE RESTRAINING OR... | LW | 22 CHAPEL ST | |
| P/00066674 | 10/15/2004 | 18:08 | HARASSING PHONE CAL... | LW | 108 CHAPEL ST (1ST FL) | |
| P/00066715 | 10/15/2004 | 21:23 | FOLLOW UP | LW | 26 CHAPEL ST | |

Srch Other    Filter    Back

Larimore

Microsoft Outlook

start    DocSTAR - Carvil...    3 Microsoft Acc...    CAD System - Se...    8:32 AM



| Event No. | Date | Time | Call Type | Jur | Location | Case No. |
|---|---|---|---|---|---|---|
| P/00066955 | 10/16/2004 | 20:59 | HARASSING PHONE CAL... | LW | 108 CHAPEL ST (1ST FL #1) | |
| P/00067088 | 10/17/2004 | 12:46 | HARASSMENT | LW | 50 CHAPEL ST (1STFL) | |
| P/00067380 | 10/18/2004 | 17:48 | SERVE RESTAINING OR... | LW | 22 CHAPEL ST | |
| P/00067491 | 10/19/2004 | 09:46 | SERVE RESTAINING OR... | LW | 22 CHAPEL ST | |
| P/00067605 | 10/19/2004 | 18:36 | DOMESTIC UNWANTED | LW | 48 CHAPEL ST | |
| P/00067791 | 10/20/2004 | 17:24 | SERVE RESTAINING OR... | LW | 48 CHAPEL ST | |
| P/00067907 | 10/21/2004 | 10:06 | SERVE RESTAINING OR... | LW | 48 CHAPEL ST | |
| P/00067925 | 10/21/2004 | 12:05 | PROPERTY LOST | LW | 104 CHAPEL ST | 00019929 |
| P/00068620 | 10/25/2004 | 18:43 | SERVE WARRANT | LW | 48 CHAPEL ST (LEFT) | 00020209 |
| P/00069295 | 10/28/2004 | 00:01 | THREATS | LW | CHAPEL ST / ELM ST | |
| P/00069773 | 10/30/2004 | 09:05 | 911 HANG UP | LW | 162 CHAPEL ST (FLR 1) | |
| P/00070297 | 11/01/2004 | 14:54 | PROPERTY LOST | LW | 128 CHAPEL ST (FLR 1) | |
| P/00070434 | 11/02/2004 | 09:29 | MV PARKING PROBLEM | LW | 120 CHAPEL ST | |
| P/00071021 | 11/05/2004 | 01:45 | DAMAGE TO WINDOW | LW | 162 CHAPEL ST (FLR 1) | 00020831 |
| P/00071502 | 11/07/2004 | 02:12 | MV PARKING PROBLEM | LW | 53 CHAPEL ST | |
| P/00071938 | 11/09/2004 | 11:27 | TOW REQUEST | LW | 171 CHAPEL ST | 00021078 |
| P/00071978 | 11/09/2004 | 14:09 | MVA HIT AND RUN | LW | 50 CHAPEL ST | 00021090 |
| P/00072616 | 11/12/2004 | 20:22 | DISTURBING YOUTHS | LW | CHAPEL ST / CENTRAL ST | |
| P/00072873 | 11/13/2004 | 22:11 | FIRE LOCKOUT OF MV | LW | 171 CHAPEL ST | |
| P/00072903 | 11/14/2004 | 02:24 | GUN SHOTS | LW | 26 CHAPEL ST | 00021356 |





# EXHIBIT 4

UN
FOR T

> Mr. Bailey,
> we were only
> able to print the
> CAD calls going
> back to August '05

UNITED STATES OF A[MERICA]

v.                                                                    NMG

MICHAEL VACCARO

To:   Keeper of the R[ecords]
      Lowell Police D[epartment]
      JFK Plaza
      50 Arcand Driv[e]
      Lowell, MA 01[___]

True Copy

**GREETINGS:**

    **YOU ARE HEREBY** [commanded on behalf of the] **United States of America** to appear at the offices of Denner Pellegrino, LLP, Four Longfellow Place, 35th Floor, Boston, MA 02114 holden in the County of Suffolk, on October 23, 2006, at 9 o'clock in the forenoon, and to produce on that day the information and documents listed in Schedule A, attached hereto and made a part thereof. This information relates to a criminal matter, <u>United States v. Michael Vaccaro</u>, No. 05-CR-10135 scheduled for trial on October 30, 2006, in the United States District Court for the District of Massachusetts, Boston, MA.

    **FURTHERMORE**, you may avoid appearing by faxing the requested materials to (617) 973-1562, and mailing a certified copy thereof to Attorney Brad Bailey, Denner Pellegrino, LLP, Four Longfellow Place, 35th Floor, Boston, MA 02114 within seven (7) days of receipt of this subpoena. If you have any questions at all please feel free to call Attorney Bailey, (617) 227-2800.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>MICHAEL VACCARO,                        )<br>   Defendant.                                   )<br>_____) | Docket No. 1:05-CR-10135-NMG |

## ORDER

**GORTON, J.**

Defendant Michael Vaccaro's Motion for an Order Compelling the Production of Records by the Lowell, Massachusetts Police Department is **allowed**. The Lowell Police Department (the "LPD") shall provide *forthwith* to counsel for the defendant the information requested in the defendant's October 6, 2006 subpoena duces tecum. Specifically, the LPD shall produce all records in their custody or control relating to the reporting of, and response to, any and all criminal incidents in the Chapel Street area of Lowell, MA from the period of January 1, 2004 to January 1, 2005 as further delineated in said subpoena.

**So ordered.**

Dated: February ____, 2007

_____
Hon. Nathaniel M. Gorton
United States District Judge