UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL VACCARO, )<br>Defendant. )<br>) | Docket No. 1:05-CR-10135-NMG |

## MOTION FOR AN ORDER COMPELLING THE PRODUCTION OF RECORDS BY THE REGISTRY OF MOTOR VEHICLES

*NOW COMES THE DEFENDANT*, Michael Vaccaro ("the defendant"), by and through undersigned counsel, and respectfully requests that this Honorable Court issue an order directing the Massachusetts Registry of Motor Vehicles ("RMV") to produce certain records in its custody and/or control that may aid in the defense of the above-captioned criminal matter. As grounds therefor, the defendant avers and states:

1. This case was originally set for trial on December 11, 2006.

2. On November 28, 2006, counsel issued a subpoena to the RMV requesting records indicating the total number of vehicles registered in the Lowell, Massachusetts area that matched a limited set of criteria. *See* Exhibit 1.

3. The aforementioned subpoena was duly served upon RMV on November 29, 2006. *See* Exhibit 2.

4. The case was subsequently continued to March 5, 2007 for trial but the original trial subpoena to RMV remains in full force and effect.

5. As of January 5, 2007, RMV had failed to respond to the subpoena. On January 5, 2007, counsel's office addressed RMV's failure to respond to the subpoena via letter, again requesting RMV to comply with subpoena and produce the records requested therein. *See* Exhibit 3.

6. On information and belief, the information sought in counsel's subpoena is within the custody and control of RMV.

7. The information requested in counsel's November 28, 2006 subpoena to RMV is necessary to afford the defendant his due process rights, as such information, inter alia, relates to information expected to be entered into evidence at trial, is essential to the effective examination of witnesses expected to testify in the case, and could establish other key elements of his defense.

8. Disclosure of the requested information to counsel will not infringe upon the personal privacy rights of any of the registered vehicle owners as the information requested is not privileged and is generic in nature.

9. It is in the interests of justice to compel the disclosure of the requested information as the burden of producing said information is greatly outweighed by the potential harm to the defendant, who faces a possible mandatory thirty (30) year sentence, if he is convicted at trial.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court issue an order directing RMV to produce the records requested in counsel's November 28, 2006 subpoena, *forthwith* directly to counsel, or in the alternative, to schedule a hearing

on the issue of whether or not the RMV should be held in contempt for its failure to respond to the original trial subpoena and/or the subsequent judicial request herein.

Dated: February 8, 2007

Respectfully submitted,
MICHAEL VACCARO,
Defendant,
By his attorneys,

R. Bradford Bailey (BBO#549749)
DENNER PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800

# EXHIBIT 1

*11-29 Lillibrunn*
*Mgn, Spn* (NF)

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:05-CR-10135-NMG |
| ) | |
| MICHAEL VACCARO, ) | |
| Defendant. ) | |

## SUBPOENA DUCES TECUM

To:   Keeper of the Records
      Massachusetts Registry of Motor Vehicles
      630 Washington Street
      Boston, MA 02111

**GREETINGS:**

***YOU ARE HEREBY COMMANDED***, in the name of the **United States of America** to appear at The Law Offices of Denner Pellegrino, LLP, 4 Longfellow Place, 35th Floor, Boston, MA 02114 within and for the County of Suffolk, on Wednesday, December 6, 2006, at 9 o'clock in the forenoon, and to produce on that day any and all information responsive to the requests set forth in Schedules A and B, attached hereto and made a part thereof. This information relates to a criminal matter, United States of America v. Michael Vaccaro, Docket No. 05-10135, scheduled for trial on December 11, 2006 in the United States District Court for the District of Massachusetts, Boston, Massachusetts.

***FURTHERMORE***, you may avoid appearing by faxing to (617) 973-1562, and mailing a certified copy of such records to Attorney R. Bradford Bailey at Denner Pellegrino, LLP, Four Longfellow Place, 35th Floor, Boston, Massachusetts 02114 within five (5) days of

receipt of this subpoena. If you have any questions at all please feel free to call Attorney Bailey or Daniel Reilly, 617-227-2800.

**HEREOF FAIL NOT**, as you will answer your default under the pains and penalties in the law in that behalf made and provided.

Dated: November 28, 2006

Respectfully submitted,

R. Bradford Bailey
Denner Pellegrino, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
617-227-2800
bbailey@dennerpellegrino.com

COMMONWEALTH OF MASSACHUSETTS

Dated: November 28, 2006

A notary shall witness a signature, in substantially the following form in notarizing a signature or mark to confirm that it was affixed in the notary's presence without administration of an oath or affirmation:

On this 28th day of November 2006, before me, the undersigned notary public, personally appeared Brad Bailey, proved to me through satisfactory evidence of identification, which was a driver's license, to be the person whose name is signed on the preceding or attached document in my presence.

Notary Public
My commission expires:

August 11, 2011




## Schedule A

### United States of America v. Michael Vaccaro
Docket No. 1:05-CR-10135-NMG

And you are further required to bring with you:

1. Records indicating the total number of dark colored (black, grey, or dark blue) full size pickup trucks registered in the Lowell, Massachusetts area.

2. A record of all such trucks listed above, as further delineated in Schedule B.

## Schedule B

### United States of America v. Michael Vaccaro
Docket No. 1:05-CR-10135-NMG

| Make | Model | Color |
|---|---|---|
| Chevy | Avalance | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Colorado | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Silverado | Black |
|  |  | Grey |
|  |  | Dark Blue |
| Dodge | Dakota | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Ram | Black |
|  |  | Grey |
|  |  | Dark Blue |
| Ford | Ranger | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | F-150 | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | F-250 | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | F-350 | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Super Duty | Black |
|  |  | Grey |
|  |  | Dark Blue |

| Make | Model | Color |
|---|---|---|
| GMC | Sierra 1500 Classic | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Sierra 1500HD Classic | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Sierra 2500HD Classic | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Sierra 3500 Classic | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Sierra Denali Classic | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Sierra 1500 | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Sierra 2500HD | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Sierra 3500 | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Canyon | Black |
|  |  | Grey |
|  |  | Dark Blue |
| Honda | Ridgeline | Black |
|  |  | Grey |
|  |  | Dark Blue |
| Lincoln | Mark LT | Black |
|  |  | Grey |
|  |  | Dark Blue |
| Mazda | B-Series | Black |
|  |  | Grey |
|  |  | Dark Blue |
| Nissan | Frontier | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Titan | Black |
|  |  | Grey |
|  |  | Dark Blue |
| Toyota | Tacoma | Black |
|  |  | Grey |
|  |  | Dark Blue |
|  | Tundra | Black |
|  |  | Grey |
|  |  | Dark Blue |

# EXHIBIT 2

| IN HAND | MS. LILLIANNA NIGRO, SUPERVISOR AND AGENT | **RETURN OF SERVICE** (3) | |
|---|---|---|---|
| **RECEIVED BY SERVER** | **DATE** November 28, 2006 | **PLACE** Boston, Massachusetts | |
| **SERVED** | **DATE** November 29, 2006 | **PLACE** 630 WASHINGTON STREET, BOSTON, Massachusetts | |
| **SERVED ON (NAME)** MASS. REGISTRY OF MOTOR VEHICLES | | **FEES TENDERED** ☐ YES ☒ NO AMOUNT $ _____ ☐ Advanced By Attorney | |
| **SERVED BY** BURTON M. MALKOFSKY | | **TITLE** Process Server and a Disinterested Person | |

### STATEMENT OF SERVICE FEES

| SERVICE FEE | | TOTAL |
|---|---|---|
| $ 27.00 | _____ Trips | $ 27.00 |

### DECLARATION OF SERVER (4)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ November 29, 2006 _____
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(3) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, of Rule 45(c), Federal Rules of Civil Procedure.
(4) "fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)"

**Suvalle, Jodrey & Associates**         **One Devonshire Place**         Telephone # (617) 720-5733
Massachusetts Constables since 1925      Boston, MA 02109                 Fax #        (617) 720-5737

# EXHIBIT 3

# DENNER ◆ PELLEGRINO, LLP

## COUNSELLORS AT LAW

January 5, 2007

**BY FIRST CLASS MAIL**

Massachusetts Registry of Motor Vehicles
Attn: Keeper of the Records
630 Washington Street
Boston, MA 02111

    Re:    Subpoena Compliance

To Whom It May Concern:

    I am writing in regard to your office's failure to comply with and/or respond to a subpoena served upon one of your authorized agents, at your Boston office, on November 29, 2006. This subpoena relates to a Federal criminal matter, <u>United States of America v. Michael Vaccaro</u>.

    Your failure to comply with this subpoena is unacceptable, and in violation of the law. If necessary, we will request a Show Cause Hearing to determine why no response was issued, and to determine if contempt charges should issue. However, our preference is for your office to simply provide the information requested in the previously issued subpoena. Should you have a question regarding the contents of the subpoena and/or the required response, our office will gladly offer any assistance we can provide to ensure the production of the requested information.

    I have attached a copy of the original subpoena served upon your office. Please carefully review it, and respond as requested. Further, I would sincerely appreciate acknowledgment of receipt of this letter by your office, and your assurance that the information requested in the subpoena will be provided promptly.

    Thank you for your attention to this matter. Please do not hesitate to contact me at (617) 227-2800 should you have any questions.

                    Sincerely,

                    Daniel C. Reilly

DCR
Enclosure

4 Longfellow Place, 35th Floor, Boston, MA 02114    Telephone (617) 227-2800    Telefax (617) 973-1562

| 265 State Street | 536 Atwells Avenue | 350 Fifth Avenue, Suite 6110 |
| --- | --- | --- |
| Springfield, MA 01103 | Providence, RI 02909 | New York, NY 10118 |
| (413) 746-4400 | (401) 454-4004 | (866) 348-0900 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>MICHAEL VACCARO,       )<br>   Defendant.        )<br>                ) | Docket No. 1:05-CR-10135-NMG |

## ORDER

**GORTON, J.**

Defendant Michael Vaccaro's Motion for an Order Compelling the Production of Records by the Registry of Motor Vehicles is **allowed**. The Massachusetts Registry of Motor Vehicles ("RMV") shall provide *forthwith* to counsel for the defendant the information requested in the defendant's November 28, 2006 subpoena duces tecum. Specifically, RMV shall produce a record indicating the total number of vehicles registered in the Lowell, Massachusetts area that match the criteria delineated in said subpoena.

**So ordered.**

Dated: February ____, 2007

_____
Hon. Nathaniel M. Gorton
United States District Judge