UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:05-CR-10135-NMG |
| ) | |
| MICHAEL VACCARO, ) | |
| Defendant. ) | |

ORDER

GORTON, J.

Defendant Michael Vaccaro's Motion for an Order Compelling the Production of Records by the Lowell, Massachusetts Police Department is **allowed**. The Lowell Police Department (the "LPD") shall provide *forthwith* to counsel for the defendant the information requested in the defendant's October 6, 2006 subpoena duces tecum. Specifically, the LPD shall produce all records in their custody or control relating to the reporting of, and response to, any and all criminal incidents in the Chapel Street area of Lowell, MA from the period of January 1, 2004 to January 1, 2005 as further delineated in said subpoena.

So ordered.

Dated: February 12, 2007

/s/ Nathaniel M. Gorton
Hon. Nathaniel M. Gorton
United States District Judge