UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL VACCARO, )<br>Defendant. )<br>) | Docket No. 1:05-CR-10135-NMG |

### ORDER

**GORTON, J.**

Defendant Michael Vaccaro's Motion for an Order Compelling the Production of Records by the Registry of Motor Vehicles is **allowed**. The Massachusetts Registry of Motor Vehicles ("RMV") shall provide *forthwith* to counsel for the defendant the information requested in the defendant's November 28, 2006 subpoena duces tecum. Specifically, RMV shall produce a record indicating the total number of vehicles registered in the Lowell, Massachusetts area that match the criteria delineated in said subpoena.

So ordered.

Dated: February 12, 2007

_____
Hon. Nathaniel M. Gorton
United States District Judge