UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM NO. 05-10135-NMG |
| ) | |
| MICHAEL VACCARO ) | VIOLATION: |
| ) | 18 U.S.C. § 844(i)(Arson) |
| ) | 26 U.S.C. § 5861(d) |
| ) | (Possession of an Unregistered |
| ) | Firearm) |
| ) | 18 U.S.C. § 924(c)(1)(B)(ii) |
| ) | (Possession of Destructive |
| ) | Device in Furtherance of |
| ) | A Crime of Violence |

**SUPERSEDING INDICTMENT**

**COUNT ONE:**    **18 U.S.C. § 844(i) - Arson**

The Grand Jury charges that:

On or about October 1, 2004, at Lowell, in the District of Massachusetts,

MICHAEL VACCARO,

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, a building and personal property used in interstate commerce and in activities affecting interstate commerce, to wit: a two-story apartment building located at 47-49 Chapel Street, Lowell, Massachusetts.

All in violation of Title 18, United States Code, Section 844(i).

**COUNT TWO:**    **26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm**

The Grand Jury further charges that:

On or about October 1, 2004, in Lowell, in the District of Massachusetts,

**MICHAEL VACCARO,**

defendant herein, did knowingly receive and possess a firearm, to wit: a destructive device, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

**COUNT THREE**:  18 U.S.C. § 924(c)(1)(B)(ii)- Possession of a Destructive Device In Furtherance of a Violent Crime

The Grand Jury further charges that:

On or about October 1, 2004, in Lowell, in the District of Massachusetts,

**MICHAEL VACCARO**,

defendant herein, did knowingly and intentionally carry during and in relation to, and possess in furtherance of, the violent crime charged in Count One, a firearm, to wit, a destructive device commonly known as an improvised explosive device, or IED.

All in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
Donald L. Cabell
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed.

_____ @ 2:34PM 2/28/07
Deputy Clerk

4

JS 45 (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet**                                             **U.S. District Court - District of Massachusetts**

Place of Offense: Lowell         Category No. II         Investigating Agency  ATF

City   Lowell                    Related Case Information:

County Middlesex                 Superseding Ind./ Inf.  XXXXX          Case No. 05-10135-NMG
                                 Same Defendant  XXX          New Defendant
                                 Magistrate Judge Case Number   05-00819-MBB
                                 Search Warrant Case Number
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Michael Vaccaro                       Juvenile   ☐ Yes   ☒ No

Alias Name

Address   105 Old Carriage Path, Groton, Mass.

Birth date (Year only): 1956   SSN (last 4 #): 2926   Sex M   Race: White   Nationality: American

Defense Counsel if known:   Brad Bailey, Denner & O'Malley   Address: 4 Longfellow Place, 35th floor
                                                                       Boston, MA 02114

Bar Number:

**U.S. Attorney Information:**

AUSA   Donald L. Cabell                    Bar Number if applicable

Interpreter:   ☐ Yes  ☒ No     List language and/or dialect:

Victims: ☒ Yes ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes ☒ No

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested              ☒ Regular Process              ☐ In Custody

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  C.M.J. Bowler   on   May 6, 2005

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment
Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: February 28, 2007       Signature of AUSA:  *[signed] Don L. Cabell*

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Michael Vaccaro

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §844(i) | Arson | 1 |
| Set 2 | 26 U.S.C. §5861(d) | Possession of Unregistered Firearm | 2 |
| Set 3 | 18 U.S.C. §924(c) | Possession of Firearm during Crime of Violence | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:
ATF