```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )    CR. NO. 05-10135-NMG
MICHAEL VACCARO             )
                            )
```

## GOVERNMENT'S LIST OF PROPOSED EXHIBITS

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorney Donald L. Cabell, hereby submits the following list of proposed exhibits which it may use during its case-in-chief at trial. The government respectfully reserves the right to amend or supplement this list of its proposed exhibits.

1. A tape recording of 911 telephone calls regarding the October 1, 2004 incident at 47-49 Chapel Street;

2. Various photographs of 47-49 Chapel Street and immediate vicinity, taken on or about October 1 and 2, 2004;

3. A map/photograph of the area of Lowell depicting 47-49 Chapel Street and the surrounding area;

4. Various items recovered from the area on October 1 and 2, 2004;

5. A photo array shown to and marked by Anissa Willette;

6. A photo array shown to and marked by Antonio DeFreitas;

7. A photo array shown to and marked by Mark Mascaro;

8. A photo array shown to and marked by Thomas Mascaro;

9. Business records from MarketBasket regarding the sale of Martinson brand coffee to Sheryl Vaccaro and to others;

10. Bank Records from Middlesex Savings Bank regarding the account of Sheryl Vaccaro; and

11. An ATF certificate reflecting the absence of a registration of a firearm in the National Firearms Registration and Transfer Record by the defendant.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

BY: /s/Donald L. Cabell
    DONALD L. CABELL
    Assistant U.S. Attorney
    One Courthouse Way, Suite 9200
    Boston, MA 02210