UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
          v.                  )
                              )    CR. NO. 05-10135-NMG
MICHAEL VACCARO               )
                              )
```

## GOVERNMENT'S LIST OF WITNESSES

The following is a list of names of individuals the government may call as witnesses in its case-in-chief.  The government reserves the right to supplement this list as appropriate:

1. Virginia Rivera, Lowell, Massachusetts;

2. John Sousa, Lowell, Massachusetts;

3. LPD Officer Robert Alvarez;

4. Lowell Fire Department (retired) Deputy Chief Barry Finnegan;

5. LFD Lieutenant Jason Strunk;

6. Antonio DeFreitas, Lowell, Massachusetts;

7. John Drugan, Massachusetts State Police;

8. Melissa O'Meara, Massachusetts State Police;

9. Trooper James Welch, Massachusetts State Police;

10. Howard R. House, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF);

11. Anissa Willette, Lowell, Massachusetts;

12. Thomas Mascaro, Lowell, Massachusetts;

13. Mark Mascaro, Lowell, Massachusetts;

14. LPD Officer Brian Keefe;

15.  Paul Dunigan, Lowell, Massachusetts;

16.  David Daigle, MarketBasket, Westford, Massachusetts;

17.  Elizabeth Hochberg, Middlesex Savings Bank, Natick, Massachusetts;

18.  James LaCourse, MarketBasket, Tewksbury, Massachusetts;

19.  Shawn Finnigan, MarketBasket, Tewksbury, Massachusetts;

20.  Special Agent Konstantinos Balos, ATF; and

21.  Denise Brown, ATF Records Dept., Washington D.C.


Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney


BY:  /s/Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210