UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                ) Criminal No. 05-10135-NMG
          v.                    )
MICHAEL VACCARO                 )

         GOVERNMENT'S REQUESTED QUESTIONS FOR VOIR DIRE

     To the extent the Court's questions do not already address them, the United States of America, by its undersigned attorneys, respectfully requests that the following questions be put to the prospective jurors in this case.

     1.  Does any member of the panel know the defendant Michael Vaccaro or any member of his family?

     2.  Does any member of the panel know the following potential witnesses?

     3.  Do you know either of the government attorneys?

     4.  Do you know either of the defense attorneys?

     5.  Have you ever been a party to a lawsuit which has resulted in a trial?  If so, in what capacity, and do you believe that you and/or the party with whom you were associated with in the litigation were treated fairly or unfairly by the legal system?

     6.  Have you or any of your relatives or close friends ever had any unfavorable dealings or involvement, for example, disputes, lawsuits, audits, etc., with an agency of the United States Government, or the United States Attorney's Office?

                                1

7. Do any of you have any personal feelings against the federal government for whatever reason?

8. Have you, or has any member of your family, or any close friend, ever been the victim of a crime or participated in a criminal case as a complainant, witness for the government, or in some other capacity?  If yes, please explain.

9. Have you, or has any member of your family, or any close friend, been arrested or the subject of a criminal investigation, or participated in a criminal case as a defendant, witness for the defense, or in some other capacity?  If yes, please explain.

10. Do you have any convictions, whether moral, political, religious, philosophical or otherwise, that would prevent you from being a fair and impartial juror in this case or that would make it difficult for you to sit in judgment of your fellow man?  For example, do you believe that no one should ever be convicted?  Do you believe that a person is guilty just because he is here in court?

11. Does any member of the panel feel that the criminal justice system treats those accused of a crime too harshly or too leniently?

12. To admit to having some sympathy for either the defendant or the United States in this case is nothing to be ashamed of and does not reflect badly upon you as a person.  However, both the United States and the defendant are entitled to have this case

heard by a fair and impartial jury that will decide the case solely according to the evidence admitted in this Court, according to the Court's instructions on the law, and without regard to any bias, sympathy, prejudice or public opinion for either party. With this in mind, do any of you know any reason why you would be unable to give either the United States or the defendant a fair trial based solely on the evidence admitted at trial and the instructions given by the Court without regard to sympathy, bias or prejudice?

     13. The defendant in this case is charged with arson of a building, possession of an unregistered destructive device, and possession of a destructive device in furtherance of a crime of violence. Is there anything about the nature of the charges outlined here that would make it particularly difficult for you to be objective in evaluating the facts of this case or prevent you from rendering a fair and impartial verdict?

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                     By:

                                /s/Donald L. Cabell
                                DONALD L. CABELL
                                Assistant U.S. Attorney
                                (617)748-3100