UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )
        v.                   )
                             )     CR. NO. 05-10135-NMG
MICHAEL VACCARO              )
                             )

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ARMED HOME INVASION

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby opposes the defendant's motion in limine to exclude evidence of an alleged armed home invasion.  The government has already indicated to the defendant that it does not intend to elicit any evidence regarding this event in the government's case-in-chief.  The defendant acknowledges this but it is unclear whether he still seeks an order prohibiting the admission of such evidence in the case-in-chief.  To the extent he does, the Court should deny the motion as moot in light of the government's representation.

The government also opposes the portion of the motion seeking exclusion of the evidence on cross-examination because there is no basis at this early juncture to categorically bar the government from cross examining the defendant on a matter that could be relevant under some circumstance.  As the defendant's motion suggests, the defendant may choose to testify at trial.  If he does, certain aspects of his past may be relevant and appropriate for cross-examination.  Until he testifies, however,

it simply is impossible to determine whether a particular event or fact, including the reported invasion, might be relevant. Accordingly, the Court should deny this portion of the defendant's motion.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:

                                      /s/Donald L. Cabell
                                      DONALD L. CABELL
                                      Assistant U.S. Attorney