# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 05-CR-10135-NMG** |
| | ) | |
| **MICHAEL VACCARO** | ) | |

## DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION IN LIMINE

Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby opposes the government's motion in limine to admit the alleged 911 recordings. The statements the government seeks to offer on the 911 tape are inadmissible hearsay not subject to the so-called excited utterance exception. See United States v. Shoup, 476 F.3d 38, 43 (1st Cir. 2007); Fed. R. Evid. 803. Contrary to the government's assertions, most of the various callers do not exhibit any excitement or spontaneity consistent with laboring under the stress of a startling event. Shoup, 476 F.3d at 43. In fact, most of the callers are remarkably calm and collected intoning no sense of excitement or urgency. Moreover, the callers who do display some sense of urgency inaccurately describe a fire far more widespread and devastating than the one alleged by the government. The First Circuit has previously noted the danger inherent in the admission of an imprecise excited utterance. McLaughlin v. Vinzant, 522 F.2d 448, 450 (1st Cir. 1975). The description of an apparent fire supposedly witnessed by the callers from a distance presents exactly "the type of inaccuracy as to details which excitement might cause." Id. Guarding against the admission of inaccurate information where the defendant has no opportunity for

cross-examination, the court should preclude admission of the tape.  The defendant, therefore, respectfully asks this Honorable Court to deny the government's motion to admit the 911 tape recordings.


Dated:  March 22, 2007                        Respectfully submitted,
                                              MICHAEL VACCARO
                                              By his attorneys,


                                              /s/ Gary G. Pelletier
                                              _____
                                              R. Bradford Bailey, BBO#549749
                                              Gary G. Pelletier, BBO#631732
                                              DENNER♦PELLEGRINO, LLP
                                              Four Longfellow Place, 35th Floor
                                              Boston, MA  02114
                                              (617) 227-2800


<u>Certificate of Service</u>

I, Gary G. Pelletier, hereby certify that I have served a true and complete copy of the within opposition upon all parties via ECF.

                                              /s/ Gary G. Pelletier
                                              _____
                                              Gary G. Pelletier