UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>MICHAEL VACCARO                     )<br>) | No. 05-CR-10135-NGM |

### DEFENDANT'S LIST OF EXHIBITS

Defendant Michael Vaccaro ("the defendant"), by and through undersigned counsel, respectfully submits the following list of exhibits he currently anticipates introducing in his case-in-chief at trial.[1] Please be advised that the defendant expressly reserves his right to supplement and/or revise this list, with proper notice to the Government, through the conclusion of his case-in-chief:

1. Certified Records produced by the Massachusetts Registry of Motor Vehicles;

2. Product and/or sales records from Market Basket;

3. Records produced by Ira Dodge;

4. The curriculum vitae of expert witness Meyer Rosen;

5. Photographs of the Chapel Street area in Lowell, MA;

6. Criminal History Records Indices (CORI) and docket reports on Anissa Willette, Thomas Mascaro, and Mark Mascaro; and

---

[1] The names of the defendant's exhibits herein are not listed in any particular order of their anticipated production.

7. Lowell Police Department Records of Computer Assisted Dispatch (CAD) calls from the Chapel Street area and other related incident reports/records.

Dated: March 23, 2007

Respectfully submitted,
MICHAEL VACCARO,
By his attorneys,

 /s/ *Brad Bailey*
R. Bradford Bailey, BBO#549749
Gary G. Pelletier, BBO#631732
DENNER♦PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel: 617.227.2800

Certificate of Service

I, Brad Bailey, hereby certify that on this 23rd day of March 2007, I have caused a true copy of the foregoing Defendant's List of Exhibits to be served upon all parties via ECF.

 /s/ *Brad Bailey*
Brad Bailey