UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | No. 05-CR-10135-NGM |
| ) | |
| MICHAEL VACCARO   ) | |

**DEFENDANT'S WITNESS LIST**

Defendant Michael Vaccaro ("the defendant"), by and through undersigned counsel, respectfully submits the following supplemented list of witnesses he currently anticipates calling in his case-in-chief at trial.[1]  Please be advised that the defendant expressly reserves his right to supplement and/or revise this list, with proper notice to the Government, through the conclusion of his case-in-chief.  He also expressly reserves his right to call additional rebuttal witnesses not listed herein, if necessary:

1. Meyer Rosen – Expert Witness
   Chemical Consult, Inc.
   East Norwich, New York

2. Timothy Cox
   Private Investigator
   Manchester, New Hampshire

3. Glen Shepard
   Private Investigator
   Manchester, New Hampshire

4. Sheryl Vaccaro
   Groton, Massachusetts

---

[1] The names of the defendant's witnesses herein are not listed in any particular order of their anticipated appearances.

5. James LaCourse
   DeMoulas/Market Basket
   Tewksbury, Massachusetts

6. Sheryl Ford
   Ira Dodge
   Danvers, Massachusetts

7. Jean Berke, Esq.
   Massachusetts Registry of Motor Vehicles

8. Deborah Mascaro
   Lowell, Massachusetts

9. Arthur Frechette
   Lowell Police Department

10. Captain William Taylor
    Lowell Police Department

11. Lt. Jason Strunk
    Lowell Fire Department

12. Special Agent Konstantinos Balos
    ATF

13. David Daigle
    Market Basket
    Westford, Massachusetts

14. Other Lowell Police Department Detectives/Patrolmen as made available
    by Capt. Taylor
    Lowell Police Department

15. Melinda Salles
    Lowell, Massachusetts

16. Michael Vaccaro
    Groton, Massachusetts

17. Anne L. Collins,
    Registrar
    Massachusetts Registry of Motor Vehicles

18. John Drugan
    Massachusetts State Police

Dated: March 30, 2007	Respectfully Submitted,
MICHAEL VACCARO,
By his attorneys,

 /s/ *Brad Bailey*
R. Bradford Bailey, BBO#549749
Gary G. Pelletier, BBO#631732
DENNER♦PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel: 617.227.2800


Certificate of Service

I, Brad Bailey, hereby certify that on this 30th day of March 2007, I have caused a true copy of the foregoing Defendant's Witness List to be served upon all parties via ECF.

 /s/ *Brad Bailey*
Brad Bailey