**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 05-CR-10135-NMG** |
| | ) | |
| **MICHAEL VACCARO** | ) | |
| | ) | |

**DEFENDANT'S (SUPPLEMENTED) WITNESS LIST**

Defendant Michael Vaccaro ("the defendant"), by and through undersigned counsel,

respectfully submits the following supplemented list of witnesses he currently anticipates calling

in his case-in-chief at trial.[1]   Please be advised that the defendant expressly reserves his right to

supplement and/or revise this list, with proper notice to the Government, through the conclusion

of his case-in-chief.  He also expressly reserves his right to call additional rebuttal witnesses not

listed herein, if necessary.

      1.      Meyer Rosen – Expert Witness
              Chemical Consult, Inc.
              East Norwich, New York

      2.      Timothy Cox
              Private Investigator
              Manchester, New Hampshire

      3.      Glen Shepard
              Private Investigator
              Manchester, New Hampshire

      4.      Sheryl Vaccaro
              Groton, Massachusetts

---

[1] The names of the defendant's witnesses herein are not listed in any particular order of their anticipated appearances.

5.     James LaCourse
       DeMoulas/Market Basket
       Tewksbury, Massachusetts

6.     Sheryl Ford
       Ira Dodge
       Danvers, Massachusetts

7.     Jean Berke, Esq.
       Massachusetts Registry of Motor Vehicles

8.     Deborah Mascaro
       Lowell, Massachusetts

9.     Arthur Frechette
       Lowell Police Department

10.    Captain William Taylor
       Lowell Police Department

11.    Lt. Jason Strunk
       Lowell Fire Department

12.    Special Agent Konstantinos Balos
       ATF

13.    David Daigle
       Market Basket
       Westford, Massachusetts

14.    Other Lowell Police Department Detectives/Patrolmen as made available
       by Capt. Taylor
       Lowell Police Department

15.    Melinda Salles
       Lowell, Massachusetts

16.    Michael Vaccaro
       Groton, Massachusetts

17.    Anne L. Collins
       Registrar
       Massachusetts Registry of Motor Vehicles

18.    John Drugan
       Massachusetts State Police

19.    Liduvima Diaz
       Lowell, Massachusetts

20.    Virginia Rivera
       Lowell, Massachusetts

21.    Maria Silva
       Lowell, Massachusetts

22.    Brian Silva
       Lowell, Massachusetts

23.    Barry Finnegan
       Deputy Chief (retired)
       Lowell Fire Department

24.    Kristy Roshia
       Lowell, Massachusetts


Dated: April 1, 2007                    Respectfully Submitted,
                                        MICHAEL VACCARO
                                        By his attorneys,


                                         /s/ Brad Bailey
                                        R. Bradford Bailey, BBO#549749
                                        Gary G. Pelletier, BBO#631732
                                        DENNER♦PELLEGRINO, LLP
                                        4 Longfellow Place, 35th Floor
                                        Boston, MA 02114
                                        Tel: 617.227.2800




                              Certificate of Service

    I, Brad Bailey, hereby certify that on this 1st day of April 2007, I have caused a true copy of the foregoing
Defendant's (Supplemented) Witness List to be served upon all parties via ECF.


                                         /s/ Brad Bailey
                                        Brad Bailey