UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>MICHAEL VACCARO,         )<br>    Defendant.    )<br>) | Docket No. 1:05-CR-10135-NMG |

**PROPOSED LIMITING INSTRUCTION**

Defendant Michael Vaccaro ("the defendant"), by and through undersigned counsel hereby moves this Honorable Court to submit the following limiting instruction to the jury should the Government offer to enter into evidence the 911 tape from October 1, 2004:

You are about to hear a copy of the 911 tape describing events that the Government contends occurred on October 1, 2004 in Lowell, Massachusetts. The Government is not offering the tape for the truth of the matter asserted, and I caution that you should not necessarily accept the details described on this tape as an accurate reflection of what actually occurred on October 1, 2004.

WHREFORE, the defendant respectfully requests that this Honorable Court submit the foregoing limiting instruction to the members of the jury.

|  |  |
|---|---|
| Dated: April 2, 2007<br>Boston, Massachusetts | Respectfully submitted,<br>MICHAEL VACCARO<br>By his attorneys,<br><br>/s/ Brad Bailey<br>_____<br>R. Bradford Bailey, BBO#549749<br>Gary G. Pelletier, BBO#631732<br>DENNER♦PELLEGRINO, LLP<br>Four Longfellow Place, 35th Floor<br>Boston, MA 02114<br>(617) 227-2800 |