UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HABEAS CORPUS AD TESTIFICANDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to

WARDEN/SHERIFF/SUPERINTENDENT
BILLERICA HOUSE OF CORRECTIONS

YOU ARE COMMANDED to have the body of **THOMAS MASCARO** now in your custody, before the United States District Court, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on Apil 3, 2007, at 9:00 a.m., for the purpose of testifying in connection with the matter of United States v. Vaccaro, 05-10135-NMG.

And you are to retain the body of said **THOMAS MASCARO** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 2ᵈ day of April, 2007.

_/s/ N.M. Gorton_
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   CR. NO. 05-10135-NMG |
| MICHAEL VACCARO | ) |
| | ) |

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by and through United States Attorney Michael J. Sullivan, and Assistant United States Attorney Donald L. Cabell, respectfully represents:

1. That THOMAS MASCARO is presently incarcerated at the Billerica House of Corrections in Billerica, Massachusetts, and that on April 3-5, 2007, he will be incarcerated at this institution.

2. That THOMAS MASCARO has been subpoenaed to testify in the matter of United States v. Vaccaro, Cr. No. 05-10135-NMG, and is expected to be called to testify at some point between April 3 and April 5, 2007.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Testificandum issue from this Court to be directed to the Warden or Supervisor of the Billerica House of Corrections, or to any other person having custody and control of THOMAS MASCARO, commanding them to produce THOMAS MASCARO before the United States District Court, District of Massachusetts, One Courthouse Way, Boston, Massachusetts, for the purpose of testifying at the trial, on April 3, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney

ALLOWED:

/s/ NM Gorton                  4/2/07
UNITED STATES DISTRICT ▓▓▓ JUDGE