UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 05-CR-10135-NMG |
| ) | |
| MICHAEL VACCARO ) | |

**DEFENDANT'S (SUPPLEMENTED) WITNESS LIST**

Defendant Michael Vaccaro ("the defendant"), by and through undersigned counsel, respectfully submits the following supplemented list of witnesses he currently anticipates calling in his case-in-chief at trial.[1]  Please be advised that the defendant expressly reserves his right to supplement and/or revise this list, with proper notice to the Government, through the conclusion of his case-in-chief.  He also expressly reserves his right to call additional rebuttal witnesses not listed herein, if necessary.

    1.    Meyer Rosen – Expert Witness
           Chemical Consult, Inc.
           East Norwich, New York

    2.    Timothy Cox
           Private Investigator
           Manchester, New Hampshire

    3.    Glen Shepard
           Private Investigator
           Manchester, New Hampshire

    4.    Sheryl Vaccaro
           Groton, Massachusetts

---

[1] The names of the defendant's witnesses herein are not listed in any particular order of their anticipated appearances.

5.     James LaCourse
       DeMoulas/Market Basket
       Tewksbury, Massachusetts

6.     Matthew McGovern
       Danvers-DCIII, Inc. f/k/a Ira Chrysler Jeep Dodge
       Danvers, Massachusetts

7.     Jean Berke, Esq.
       Massachusetts Registry of Motor Vehicles

8.     Deborah Mascaro
       Lowell, Massachusetts

9.     Arthur Frechette
       Lowell Police Department

10.    Captain William Taylor
       Lowell Police Department

11.    Lt. Jason Strunk
       Lowell Fire Department

12.    Special Agent Konstantinos Balos
       ATF

13.    David Daigle
       Market Basket
       Westford, Massachusetts

14.    Other Lowell Police Department Detectives/Patrolmen as made available
       by Capt. Taylor
       Lowell Police Department

15.    Melinda Salles
       Lowell, Massachusetts

16.    Michael Vaccaro
       Groton, Massachusetts

17.    Anne L. Collins
       Registrar
       Massachusetts Registry of Motor Vehicles

18.    John Drugan
       Massachusetts State Police

19. Liduvima Diaz
    Lowell, Massachusetts

20. Virginia Rivera
    Lowell, Massachusetts

21. Maria Silva
    Lowell, Massachusetts

22. Brian Silva
    Lowell, Massachusetts

23. Barry Finnegan
    Deputy Chief (retired)
    Lowell Fire Department

24. Kristy Roshia
    Lowell, Massachusetts

25. Officer Robert Alvarez
    Lowell Police Department

26. Officer Felix Figueroa
    Lowell Police Department

27. Shawn Finnigan
    DeMoulas/Market Basket
    Tewksbury, Massachusetts

Dated: April 5, 2007        Respectfully Submitted,
                            MICHAEL VACCARO
                            By his attorneys,


                             /s/ Brad Bailey
                            R. Bradford Bailey, BBO#549749
                            Gary G. Pelletier, BBO#631732
                            DENNER♦PELLEGRINO, LLP
                            4 Longfellow Place, 35th Floor
                            Boston, MA 02114
                            Tel: 617.227.2800

<u>Certificate of Service</u>

  I, Brad Bailey, hereby certify that on this 5th day of April 2007, I have caused a true copy of the foregoing Defendant's (Supplemented) Witness List to be served upon all parties via ECF.

                <u>*/s/ Brad Bailey*</u>
                Brad Bailey