UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 05-CR-10135-NMG |
| MICHAEL VACCARO | ) ) ) | |

**DEFENDANT'S (SUPPLEMENTED) WITNESS LIST**

Defendant Michael Vaccaro ("the defendant"), by and through undersigned counsel, respectfully submits the following supplemented list of witnesses he currently anticipates calling in his case-in-chief at trial.[1]  Please be advised that the defendant expressly reserves his right to supplement and/or revise this list, with proper notice to the Government, through the conclusion of his case-in-chief.  He also expressly reserves his right to call additional rebuttal witnesses not listed herein, if necessary.

1. Meyer Rosen – Expert Witness
   Chemical Consult, Inc.
   East Norwich, New York

2. Timothy Cox
   Private Investigator
   Manchester, New Hampshire

3. Glen Shepard
   Private Investigator
   Manchester, New Hampshire

4. Sheryl Vaccaro
   Groton, Massachusetts

---

[1] The names of the defendant's witnesses herein are not listed in any particular order of their anticipated appearances.

5. James LaCourse
   DeMoulas/Market Basket
   Tewksbury, Massachusetts

6. Matthew McGovern
   Danvers-DCIII, Inc. f/k/a Ira Chrysler Jeep Dodge
   Danvers, Massachusetts

7. Dana Cheney
   Massachusetts Registry of Motor Vehicles

8. Deborah Mascaro
   Lowell, Massachusetts

9. Arthur Frechette
   Lowell Police Department

10. Captain William Taylor
    Lowell Police Department

11. Lt. Jason Strunk
    Lowell Fire Department

12. Special Agent Konstantinos Balos
    ATF

13. David Daigle
    Market Basket
    Westford, Massachusetts

14. Other Lowell Police Department Detectives/Patrolmen as made available
    by Capt. Taylor
    Lowell Police Department

15. Melinda Salles
    Lowell, Massachusetts

16. Michael Vaccaro
    Groton, Massachusetts

17. John Drugan
    Massachusetts State Police

18. Liduvima Diaz
    Lowell, Massachusetts

19. Virginia Rivera
    Lowell, Massachusetts

20. Maria Silva
    Lowell, Massachusetts

21. Brian Silva
    Lowell, Massachusetts

22. Barry Finnegan
    Deputy Chief (retired)
    Lowell Fire Department

23. Kristy Roshia
    Lowell, Massachusetts

24. Officer Robert Alvarez
    Lowell Police Department

25. Officer Felix Figueroa
    Lowell Police Department

26. Shawn Finnigan
    DeMoulas/Market Basket
    Tewksbury, Massachusetts

27. Gerry Marchand
    North Chelmsford, MA

Dated: April 7, 2007

Respectfully Submitted,
MICHAEL VACCARO
By his attorneys,

 /s/ Brad Bailey
R. Bradford Bailey, BBO#549749
Gary G. Pelletier, BBO#631732
DENNER♦PELLEGRINO, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel: 617.227.2800

Certificate of Service

    I, Brad Bailey, hereby certify that on this 7th day of April 2007, I have caused a true copy of the foregoing Defendant's (Supplemented) Witness List to be served upon all parties via ECF.

                                                                                                 */s/ Brad Bailey*
                                                                                             Brad Bailey

Case 1:05-cr-10135-NMG     Document 89     Filed 04/07/2007     Page 4 of 4