UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | No. 05-CR-10135-NMG |
| MICHAEL VACCARO | ) ) | |

**DEFENDANT'S ANTICIPATED WITNESS SCHEDULE**

Defendant Michael Vaccaro ("the defendant"), by and through undersigned counsel, respectfully submits the following anticipated witness schedule. While the defendant intends to call his witnesses in the order listed below, he reserves the right to modify the order of witnesses, and/or call additional witnesses, with proper notice to the Court and the Government, through the conclusion of his case-in-chief. He also expressly reserves his right to call additional rebuttal witnesses not listed herein, if necessary.

1. John Drugan
   Chemist – MA State Police
   Sudbury, MA

2. James LaCourse
   Buyer – DeMoulas/Market Basket
   Tewksbury, MA

3. Shawn Finnigan
   DeMoulas/Market Basket
   Tewksbury, MA

4. Gerry Marchand
   North Chelmsford, MA

5.  Officer Felix Figueroa
    Lowell Police Department

6.  Robert Alvarez
    Lowell Police Department

7.  Kristy Roshia
    Chelmsford, MA

8.  Melinda Salles
    Lowell, MA

9.  Dana Cheney
    Registry of Motor Vehicles
    Boston, MA

10. Matthew McGovern
    Danvers-DCIII, Inc. *f/k/a* Ira Chrysler Jeep Dodge
    Danvers, MA

11. Michael Vaccaro
    Groton, MA

12. Sheryl Vaccaro
    Groton, MA

    Respectfully submitted,
    MICHAEL VACCARO
    By and through his attorneys,

    */s/ Brad Bailey*
    Brad Bailey, BBO#549749
    DENNER♦PELLEGRINO, LLP
    4 Longfellow Place, 35th Floor
    Boston, MA 02114
    (617) 227-2800

Certificate of Service

I, Brad Bailey, hereby certify that on this 7th day of April 2007, I have caused a true copy of the foregoing Defendant's (Supplemented) Witness List to be served upon all parties via ECF.

    */s/ Brad Bailey*
    Brad Bailey