UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 05-10135-NMG |
| v. ) | |
| ) | |
| MICHAEL VACCARO ) | |

## DEFENDANT'S PROPOSED CURATIVE INSTRUCTION

Defendant Michael Vaccaro ("the defendant"), by and through undersigned counsel, hereby moves this Honorable Court to submit the following curative instruction to the jury prior to the commencement of the defendant's case in chief.

**On Friday, I told you that the defendant has a right to as much time as he needs to present his defense. I want to remind you, however, that the defendant has no obligation to present a defense. If he chooses, he can simply rest his case on the grounds that the government has failed to meet its burden of proving him guilty beyond a reasonable doubt. If, however, the defendant does choose to present a defense, he does not at any time during this trial have to prove anything. The defendant is presumed innocent of all the charges against him and, at all times throughout this trial, the government bears the burden of proving the defendant guilty beyond a reasonable doubt. That burden never shifts to the defendant.**

WHREFORE, the defendant respectfully requests that the Court present the foregoing curative instruction the jury.

| | |
|---|---|
| Dated: April 9, 2007<br>Boston, Massachusetts | Respectfully submitted,<br>MICHAEL VACCARO<br>By his attorneys,<br><br>/s/ Gary G. Pelletier<br>_____<br>R. Bradford Bailey, BBO#549749<br>Gary G. Pelletier, BBO#631732<br>DENNER●PELLEGRINO, LLP<br>Four Longfellow Place, 35th Floor<br>Boston, MA 02114<br>(617) 227-2800 |

Certificate of Service

I, Gary G. Pelletier, hereby certify that I have served a true and complete copy of the within proposed curative instruction upon all parties via ECF.

/s/ Gary G. Pelletier
_____
Gary G. Pelletier