CRIMINAL CASE NO: __05-10135-NMG__

TITLE: __United States of America__ VS. __Michael Vaccaro__

## J U R Y   P A N E L

| | |
|---|---|
| ALT.1 __Joseph Assencoa__ | 06. __JF Wallace__ |
| 01. __Laura Church__ | 07. __Robert O'Neill__ |
| 02. __Frederick Myers__ | 08. __Dorothy Ricci__ |
| 03. __Timothy Kennedy__ | 09. __Michelle LaChance__ |
| 04. __Stanley Yen__ | 10. __Albert Krug__ |
| 05. __Susan McNamara__ | ALT 2. __Gregory Lahue__ |
| | 11. __Joanna Ofranos__ |
| | 12. __Patricia Shipps__ |

## W I T N E S S E S

| PLAINTIFF/GOVT. | DEFENDANT |
|---|---|
| 01. __Virginia Rivera__ | 01. __John Druggan__ |
| 02. __John Sousa__ | 02. __James LaCourse__ |
| 03. __Barry Finnegan__ | 03. __Gerard Marchant__ |
| 04. __Jason Strunk__ | 04. __Robert Alvarez__ |
| 05. __James Welch__ | 05. __Kristie Roshia__ |
| 06. __Melissa O'Meara__ | 06. __Melinda Salles__ |
| 07. __Roy House__ | 07. __Dana Cheney__ |
| 08. __Antonio Defretas__ | 08. __Felix Figueroa__ |
| 09. __Anissa Willette__ | 09. __Matthew McGovern__ |
| 10. __Mark Mascaro__ | 10. __Michael Vaccaro__ |
| 11. __Thomas Mascaro__ | 11. |
| 12. __Bryan Keefe__ | 12. |
| 13. __Konstantinos Balos__ | 13. |
| 14. | 14. |

(jury&wit.lst - 09/92)