AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

United States of America

V.

Michael Vaccaro

**EXHIBIT AND WITNESS LIST**

Case Number: 05-CR-10135

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathaniel M. Gorton | Cabell | Bailey, Pelletier |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/2/07- ALL | Dahlstrom | Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/3/07 | x | x | Photograph of 47 Chapel neighborhood |
| 2 | | | x | x | Photograph of 47 Chapel building |
| 3 | | | x | x | Photograph of 47 Chapel building, close up ... |
| 4 | | | x | x | audiotape of 911 call |
| 5 | | | x | x | Photograph of 47 Chapel front entry door/dent |
| 6 | | | x | x | Photograph of point of origin-seat of explosion |
| 7 | | | x | x | Photograph of point of origin-seat of explosion- front |
| 8 | | | x | x | Photograph of door from foyer- point of origin |
| 9 | | | x | x | "         "         " - angle |
| 10 | | 4/4/07 | x | x | Group of 10 pictures |
| 11 | | | x | x | Evidence can 1 of 6 |
| 12 | | | x | x | 2 of 6 |
| 13 | | | x | x | 3 of 6 |
| 14 | | | x | x | 4 of 6 |
| 15 | | | x | x | 5 of 6 |
| 16 | | | x | x | 6 of 6 - envelope |
| 17 | | | x | x | Martinson coffee container |
| 18 | | | x | x | charcoal evd. sealed bag |
| 19 | | | x | x | Lease |
| 20 | | | x | x | Lease |
| 21 | | | x | x | Lease |
| 22 | | | x | x | Photo array |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| United States of America | | | vs. | Michael Vaccaro | CASE NO. 05cr10135 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 23 | 4/5/07 | x | x | Lowell PD report/statement - Willette |
| 24 |  |  | x | x | Array of photographs 10/14/04 markings by Mark Mascaro |
| 25 |  |  | x | x | Stipulation Market Basket/Middlesex Savings Bank |
| 26 |  |  | x | x | Firearms reg. record |
| 27 |  |  | x | x | Array of photographs markings by Tony Mascaro |
|  | 28 |  | x | x | Lowell PD report/statement - Tony Mascaro |
|  | 29 |  | x | x | Photo array Defrctas |
| 30 |  | 4/6/07 | x | x | Photo of Dodge truck |
|  | 31 | 4/9/07 | x | x | Special Report re: Martinson Coffee |
|  | 32 |  | x | x | Blow up of page 5 of exhibit 31 |
|  | 33 |  | x | x | Photo Dodge and Chevrolet tail lights |
|  | 34 |  | x | x | Reg. of Motor Vehicles truck search |
|  | 35 |  | x | x | Blow up of 34 |
|  | 36 | 4/10/07 | x | x | IRA Motor Group report |
|  | 37 |  | x | x | IRA Motor Group report blow up |
|  | 38a-g |  | x | x | Stipulated Lowell PD reports (7 incidents 7/04-2/05) |

Page 2 of 2 Pages

4-11-2007

Judge Gorton,

We have completed our deliberations.

*[signature]*

Jury Forman