United States District Court
District of Massachusetts

```
_____
                               )
UNITED STATES OF AMERICA       )
                               )
                               )
          v.                   )   Criminal Action No.
                               )   05-10135-NMG
                               )
MICHAEL VACCARO,               )
                               )
          Defendant.           )
_____
```

### Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

1. On the charge of <u>Arson</u> (Count <u>One</u>), Defendant **Michael Vaccaro**

   __X__ Not Guilty     _____ Guilty

**If you answer Question 1 "Not Guilty", your deliberations are complete; if you answer Question 1 "Guilty", proceed to Question 2.**

2. On the charge of <u>Possession of an Unregistered Firearm, to wit: a Destructive Device</u> (Count <u>Two</u>), Defendant **Michael Vaccaro**

   _____ Not Guilty     _____ Guilty

**If you answer Question 2 "Not Guilty", your deliberations are complete; if you answer Question 2 "Guilty", proceed to Question 3.**

3.  On the charge of <u>Possession of a Destructive Device in Furtherance of a Violent Crime</u> (Count <u>Three</u>), Defendant **Michael Vaccaro**

    \_\_\_\_\_ Not Guilty     \_\_\_\_\_ Guilty

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION.  THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: 4-11-2007     Jury Foreman: _[signature]_