UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**United States of America,**

**V.**                                             CRIMINAL ACTION NO. 05cr10135

**Michael Vaccaro,**

## JUDGMENT OF ACQUITTAL

The defendant, Michael Vaccaro has been found not guilty. It is ORDERED that the defendant Michael Vaccaro is acquitted, discharged, and any bond exonerated. The defendant is released to go without day.

4/11/07                                             /s/ Nathaniel. M. Gorton
                                                    U.S. District Judge